**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division**

Alina Tamas
                                Plaintiff,

v.                                                      Case No.: 1:11−cv−01024
                                                        Honorable Edmond E. Chang

Family Video Movie Club, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 6, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Hearing held on Defendant's motion for protective order [11]. Upon review of the circumstances, including the declarations filed by Defendant's employees, and the responsive declarations filed by Plaintiff and her attorneys, the Court preliminarily finds that Defendant has failed to carry its burden to show the necessity for a protective order. In an abundance of caution, the Court orders that Plaintiff file a supplemental declaration on or before 4/20/2011 averring whether she facilitated the entry into Defendant's store of any person (not just her attorneys of record in this case) to obtain Defendant's business records without authorization. Upon receipt of that declaration, the Court will issue a final disposition on the motion. With regard to Plaintiff's attorneys of record, the Court finds that they did not impermissibly enter the store as alleged by Defendant nor did they commit any wrongdoing. Plaintiff&#039;s oral motion to seal Defendant's motion is denied; Defendant's oral motion to strike Plaintiff's request for sanctions is denied, but the motion for sanctions itself is denied. Status hearing set for 4/28/2011 at 8:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.