IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALINA TAMAS, individually and on behalf of all others similarly situated, | § § § | Case No. 11 C 1024 |
| | § | JURY TRIAL DEMANDED |
| Plaintiff, | § | |
| | § | CONDITIONALLY CERTIFIED |
| vs. | § | COLLECTIVE ACTION |
| | § | PURSUANT TO 29 U.S.C. § 216(b) |
| FAMILY VIDEO MOVIE CLUB, INC. | § | |
| | § | |
| Defendant. | § | |

INDEX OF EXHIBITS TO
JOINT MOTION REGARDING THE SCOPE OF
DEFENDANT'S WRITTEN DISCOVERY TO OPT-IN PLAINTIFFS AND
PLAINTIFFS' REQUEST FOR A PROTECTIVE ORDER

Requests for Admission ................................................................................... **Exhibit A**

Interrogatories and Document Requests ........................................................... **Exhibit B**

Plaintiffs' Second Set of Interrogatories to Defendant .................................... **Exhibit C**

Plaintiffs' Second Request for Production of Documents to Defendant ........................... **Exhibit D**

Daily Job Duties Checklist................................................................................ **Exhibit E**

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALINA TAMAS, Individually and on behalf of All Others Similarly Situated; | ) ) ) | |
| Plaintiff, | ) ) | No. 11-cv-1024 |
| v. | ) ) ) | Judge John Z. Lee |
| FAMILY VIDEO MOVIE CLUB, INC. | ) ) ) | |
| Defendant. | ) | |

## REQUESTS FOR ADMISSION

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant Family Video Movie Club, Inc. ("Family Video") hereby serves each respective Opt-In Plaintiff for whom discovery has been allowed by the Court's Order, dated February 5, 2014, the following Requests for Admission.

## DEFINITIONS

1. The terms "and" and "or" wherever used herein shall be understood in both the conjunctive and disjunctive sense, synonymous with "and/or."

2. "Custodian" refers to any "person" having possession, custody or control of the subject to which is referred.

3. "Complaint" means the Complaint, filed on February 14, 2011, in United States District Court, Northern District of Illinois, Case No. 11-cv-1024.

4. "Family Video" means the defendant in this Lawsuit, Family Video Movie Club, Inc.

5. "Lawsuit" means the civil proceeding initiated on February 14, 2011, and pending in United States District Court, Northern District of Illinois, Case No. 11-cv-1024.

6. The term "Opt-In," "you" and/or "your" means the Opt-In Plaintiff responding to these Discovery Requests.

7. The use of the singular form of any word includes the plural and the use of the plural form of any word includes the singular.

1

8.     Any other words used herein shall be defined according to standard American use, as shown in a dictionary of the English language.

## REQUESTS FOR ADMISSION

**Manager in Training:**

1.     As a salaried Manager in Training at Family Video, Opt-In interviewed applicants for employment.

2.     As a salaried Manager in Training at Family Video, Opt-In interviewed applicants for employment as customer service representatives.

3.     As a salaried Manager in Training at Family Video, Opt-In interviewed applicants for employment as assistant store managers.

4.     As a salaried Manager in Training at Family Video, Opt-In interviewed applicants for employment as managers in training.

5.     As a salaried Manager in Training at Family Video, Opt-In interviewed applicants for employment as store managers.

6.     As a salaried Manager in Training at Family Video, Opt-In hired applicants for employment.

7.     As a salaried Manager in Training at Family Video, Opt-In assessed staffing needs for a store.

8.     As a salaried Manager in Training at Family Video, Opt-In selected applicants for employment.

9.     As a salaried Manager in Training at Family Video, Opt-In trained employees.

10.     As a salaried Manager in Training at Family Video, Opt-In set employees' rates of pay.

2

11.    As a salaried Manager in Training at Family Video, Opt-In adjusted employees' rates of pay.

12.    As a salaried Manager in Training at Family Video, Opt-In recommended employees' rates of pay.

13.    As a salaried Manager in Training at Family Video, Opt-In set employees' hours of work.

14.    As a salaried Manager in Training at Family Video, Opt-In evaluated employee schedules.

15.    As a salaried Manager in Training at Family Video, Opt-In completed employee schedules.

16.    As a salaried Manager in Training at Family Video, Opt-In understood labor costs.

17.    As a salaried Manager in Training at Family Video, Opt-In managed labor costs effectively.

18.    As a salaried Manager in Training at Family Video, Opt-In adjusted employees' hours of work.

19.    As a salaried Manager in Training at Family Video, Opt-In set his or her own hours of work.

20.    As a salaried Manager in Training at Family Video, Opt-In adjusted his or her own hours of work.

21.    As a salaried Manager in Training at Family Video, Opt-In directed the work of employees.

3

22.     As a salaried Manager in Training at Family Video, Opt-In maintained sales records.

23.     As a salaried Manager in Training at Family Video, Opt-In maintained financial records.

24.     As a salaried Manager in Training at Family Video, Opt-In maintained inventory records.

25.     As a salaried Manager in Training at Family Video, Opt-In verified the accuracy of sales records.

26.     As a salaried Manager in Training at Family Video, Opt-In verified the accuracy of financial records.

27.     As a salaried Manager in Training at Family Video, Opt-In completed bank reconciliations.

28.     As a salaried Manager in Training at Family Video, Opt-In verified the accuracy of inventory records.

29.     As a salaried Manager in Training at Family Video, Opt-In supervised employees.

30.     As a salaried Manager in Training at Family Video, Opt-In appraised employees' productivity and efficiency.

31.     As a salaried Manager in Training at Family Video, Opt-In promoted employees

32.     As a salaried Manager in Training at Family Video, Opt-In recommended promotion of employees.

33.     As a salaried Manager in Training at Family Video, Opt-In demoted employees.

34.     As a salaried Manager in Training at Family Video, Opt-In recommended demotion of employees.

4

35. As a salaried Manager in Training at Family Video, Opt-In changed employment status of employees.

36. As a salaried Manager in Training at Family Video, Opt-In recommended changes in employment status of employees.

37. As a salaried Manager in Training at Family Video, Opt-In resolved employee complaints.

38. As a salaried Manager in Training at Family Video, Opt-In resolved employee grievances.

39. As a salaried Manager in Training at Family Video, Opt-In disciplined employees.

40. As a salaried Manager in Training at Family Video, Opt-In recommended discipline of employees.

41. As a salaried Manager in Training at Family Video, Opt-In ensured employees' compliance with Family Video's policies.

42. As a salaried Manager in Training at Family Video, Opt-In reprimanded employees.

43. As a salaried Manager in Training at Family Video, Opt-In planned the work being performed in the store.

44. As a salaried Manager in Training at Family Video, Opt-In determined any techniques to be used in the performance of any work duties.

45. As a salaried Manager in Training at Family Video, Opt-In made decisions that waived or deviated from a Family Video policy or procedure.

46.     As a salaried Manager in Training at Family Video, Opt-In apportioned work among employees.

47.     As a salaried Manager in Training at Family Video, Opt-In implemented rules for a store.

48.     As a salaried Manager in Training at Family Video, Opt-In determined the types of merchandise to be bought.

49.     As a salaried Manager in Training at Family Video, Opt-In recommended the types of merchandise to be bought.

50.     As a salaried Manager in Training at Family Video, Opt-In determined the types of merchandise to be stocked.

51.     As a salaried Manager in Training at Family Video, Opt-In recommended the types of merchandise to be stocked.

52.     As a salaried Manager in Training at Family Video, Opt-In determined the types of merchandise to be sold or rented.

53.     As a salaried Manager in Training at Family Video, Opt-In recommended the types of merchandise to be sold or rented.

54.     As a salaried Manager in Training at Family Video, Opt-In determined the types or amounts of materials and supplies to be purchased.

55.     As a salaried Manager in Training at Family Video, Opt-In controlled the flow of merchandise.

56.     As a salaried Manager in Training at Family Video, Opt-In controlled the distribution of merchandise.

6

57.    As a salaried Manager in Training at Family Video, Opt-In controlled and accounted for inventory.

58.    As a salaried Manager in Training at Family Video, Opt-In controlled and accounted for materials and supplies.

59.    As a salaried Manager in Training at Family Video, Opt-In provided for the safety and security of employees.

60.    As a salaried Manager in Training at Family Video, Opt-In provided for the safety and security of customers.

61.    As a salaried Manager in Training at Family Video, Opt-In provided for the safety and security of Family Video's property.

62.    As a salaried Manager in Training at Family Video, Opt-In planned the budget for the store.

63.    As a salaried Manager in Training at Family Video, Opt-In controlled the budget for the store.

64.    As a salaried Manager in Training at Family Video, Opt-In controlled costs for the store.

65.    As a salaried Manager in Training at Family Video, Opt-In increased revenues for the store.

66.    As a salaried Manager in Training at Family Video, Opt-In monitored legal compliance measures.

67.    As a salaried Manager in Training at Family Video, Opt-In advertised a store to the public.

7

68.     As a salaried Manager in Training at Family Video, Opt-In advertised the sale or rental of merchandise to the public.

69.     As a salaried Manager in Training at Family Video, Opt-In advertised membership to the public.

70.     As a salaried Manager in Training at Family Video, Opt-In marketed or promoted a store to the public.

71.     As a salaried Manager in Training at Family Video, Opt-In marketed or promoted the sale or rental of merchandise to the public.

72.     As a salaried Manager in Training at Family Video, Opt-In marketed or promoted membership to the public.

73.     As a salaried Manager in Training at Family Video, Opt-In maintained tax records.

74.     As a salaried Manager in Training at Family Video, Opt-In verified the accuracy of tax records.

75.     As a salaried Manager in Training at Family Video, Opt-In implemented a budget.

76.     As a salaried Manager in Training at Family Video, Opt-In maintained a budget.

77.     As a salaried Manager in Training at Family Video, Opt-In enforced a budget.

78.     As a salaried Manager in Training at Family Video, Opt-In audited the store's inventory.

79.     As a salaried Manager in Training at Family Video, Opt-In audited a store's financial performance.

80.     As a salaried Manager in Training at Family Video, Opt-In audited employee performance.

81.     As a salaried Manager in Training at Family Video, Opt-In ensured that the store is in compliance with requirements under insurance policies.

82.     As a salaried Manager in Training at Family Video, Opt-In interacted with insurance company or companies on behalf of Family Video.

83.     As a salaried Manager in Training at Family Video, Opt-In controlled the quality of merchandise.

84.     As a salaried Manager in Training at Family Video, Opt-In controlled the quality of services.

85.     As a salaried Manager in Training at Family Video, Opt-In controlled the quality of a store and premises.

86.     As a salaried Manager in Training at Family Video, Opt-In carried out or enforced Family Video's policies.

87.     As a salaried Manager in Training at Family Video, Opt-In purchased or procured merchandise.

88.     As a salaried Manager in Training at Family Video, Opt-In purchased or procured materials and supplies.

89.     As a salaried Manager in Training at Family Video, Opt-In purchased or procured services.

90.     As a salaried Manager in Training at Family Video, Opt-In paid for merchandise with the store's revenues or a company credit card.

91.     As a salaried Manager in Training at Family Video, Opt-In paid for materials and supplies with the store's revenues or a company credit card.

9

92. As a salaried Manager in Training at Family Video, Opt-In paid for services provided to the store with the store's revenues or a company credit card.

93. As a salaried Manager in Training at Family Video, Opt-In negotiated a contract with any third party on behalf of Family Video or a store.

94. As a salaried Manager in Training at Family Video, Opt-In entered into a contract with any third party on behalf of Family Video or a store.

95. As a salaried Manager in Training at Family Video, Opt-In researched providers of the goods and services that Family Video or a store provides.

96. As a salaried Manager in Training at Family Video, Opt-In researched providers of any entertainment that compete with Family Video or a store.

97. As a salaried Manager in Training at Family Video, Opt-In ensured the safety and health of customers while on store premises.

98. As a salaried Manager in Training at Family Video, Opt-In ensured the safety and health of employees while on store premises.

99. As a salaried Manager in Training at Family Video, Opt-In ensured the safety and health of all persons while on store premises.

100. As a salaried Manager in Training at Family Video, Opt-In interacted with emergency services—such as the police department or fire department or emergency medical technicians—as a representative of Family Video or a store.

101. As a salaried Manager in Training at Family Video, Opt-In explained compensation to employees.

102. As a salaried Manager in Training at Family Video, Opt-In explained employee benefits to employees.

10

103.    As a salaried Manager in Training at Family Video, Opt-In explained employment policies to employees.

104.    As a salaried Manager in Training at Family Video, Opt-In implemented or coordinated a public relations event.

105.    As a salaried Manager in Training at Family Video, Opt-In implemented or coordinated a "grass roots" event.

106.    As a salaried Manager in Training at Family Video, Opt-In implemented or coordinated an event for charity.

107.    As a salaried Manager in Training at Family Video, Opt-In donated Family Video's or a store's resources or time or money or merchandise or anything of value to any third party.

108.    As a salaried Manager in Training at Family Video, Opt-In implemented or coordinated a customer event.

109.    As a salaried Manager in Training at Family Video, Opt-In interacted with any member of the media on behalf of Family Video or a store.

110.    As a salaried Manager in Training at Family Video, Opt-In interacted with any government official or government employee as a representative of Family Video or a store.

111.    As a salaried Manager in Training at Family Video, Opt-In ensured that a store's facilities and equipment were in proper working order.

112.    As a salaried Manager in Training at Family Video, Opt-In ensured that the store's point of sale system was in proper working order.

113.    As a salaried Manager in Training at Family Video, Opt-In ensured that the store's computer network was in proper working order.

11

114. As a salaried Manager in Training at Family Video, Opt-In ensured that the store's internet was in proper working order.

115. As a salaried Manager in Training at Family Video, Opt-In enforced terms of a lease between Family Video and a third-party.

116. As a salaried Manager in Training at Family Video, Opt-In ensured compliance with terms of a lease between Family Video and a third-party.

117. As a salaried Manager in Training at Family Video, Opt-In interacted with a third party lessee as a representative of Family Video.

118. As a salaried Manager in Training at Family Video, Opt-In ensured that a store was in compliance with laws and regulations.

119. As a salaried Manager in Training at Family Video, Opt-In was able to interview applicants for employment.

120. As a salaried Manager in Training at Family Video, Opt-In was able to interview applicants for employment as customer service representatives.

121. As a salaried Manager in Training at Family Video, Opt-In was able to interview applicants for employment as assistant store managers.

122. As a salaried Manager in Training at Family Video, Opt-In was able to interview applicants for employment as managers in training.

123. As a salaried Manager in Training at Family Video, Opt-In was able to interview applicants for employment as store managers.

124. As a salaried Manager in Training at Family Video, Opt-In was able to assess staffing needs for a store.

125.    As a salaried Manager in Training at Family Video, Opt-In was able to select applicants for employment.

126.    As a salaried Manager in Training at Family Video, Opt-In was able to train employees.

127.    As a salaried Manager in Training at Family Video, Opt-In was able to set employees' rates of pay.

128.    As a salaried Manager in Training at Family Video, Opt-In was able to adjust employees' rates of pay.

129.    As a salaried Manager in Training at Family Video, Opt-In was able to recommend employees' rates of pay.

130.    As a salaried Manager in Training at Family Video, Opt-In was able to set employees' hours of work.

131.    As a salaried Manager in Training at Family Video, Opt-In was able to evaluate employee schedules.

132.    As a salaried Manager in Training at Family Video, Opt-In was able to complete employee schedules.

133.    As a salaried Manager in Training at Family Video, Opt-In was able to manage labor costs effectively.

134.    As a salaried Manager in Training at Family Video, Opt-In was able to adjust employees' hours of work.

135.    As a salaried Manager in Training at Family Video, Opt-In was able to set his or her own hours of work.

136.   As a salaried Manager in Training at Family Video, Opt-In was able to adjust his or her own hours of work.

137.   As a salaried Manager in Training at Family Video, Opt-In was able to direct the work of employees.

138.   As a salaried Manager in Training at Family Video, Opt-In was able to maintain sales records.

139.   As a salaried Manager in Training at Family Video, Opt-In was able to maintain financial records.

140.   As a salaried Manager in Training at Family Video, Opt-In was able to maintain inventory records.

141.   As a salaried Manager in Training at Family Video, Opt-In was able to verify the accuracy of sales records.

142.   As a salaried Manager in Training at Family Video, Opt-In was able to verify the accuracy of financial records.

143.   As a salaried Manager in Training at Family Video, Opt-In was able to complete bank reconciliations.

144.   As a salaried Manager in Training at Family Video, Opt-In was able to verify the accuracy of inventory records.

145.   As a salaried Manager in Training at Family Video, Opt-In was able to supervise employees.

146.   As a salaried Manager in Training at Family Video, Opt-In was able to appraise employees' productivity and efficiency.

14

147.   As a salaried Manager in Training at Family Video, Opt-In was able to recommend promotions.

148.   As a salaried Manager in Training at Family Video, Opt-In was able to recommend demotions.

149.   As a salaried Manager in Training at Family Video, Opt-In was able to recommend changes in employment status.

150.   As a salaried Manager in Training at Family Video, Opt-In was able to resolve employee complaints.

151.   As a salaried Manager in Training at Family Video, Opt-In was able to resolve employee grievances.

152.   As a salaried Manager in Training at Family Video, Opt-In was able to discipline employees.

153.   As a salaried Manager in Training at Family Video, Opt-In was able to recommend discipline of employees.

154.   As a salaried Manager in Training at Family Video, Opt-In was able to ensure employees' compliance with Family Video's policies.

155.   As a salaried Manager in Training at Family Video, Opt-In was able to reprimand employees.

156.   As a salaried Manager in Training at Family Video, Opt-In was able to plan the work being performed in the store.

157.   As a salaried Manager in Training at Family Video, Opt-In was able to determine any techniques to be used in the performance of any work duties.

158. As a salaried Manager in Training at Family Video, Opt-In was able to make decisions that waived or deviated from a Family Video policy or procedure.

159. As a salaried Manager in Training at Family Video, Opt-In was able to apportion work among employees.

160. As a salaried Manager in Training at Family Video, Opt-In was able to implement rules for a store.

161. As a salaried Manager in Training at Family Video, Opt-In was able to determine the types of merchandise to be bought.

162. As a salaried Manager in Training at Family Video, Opt-In was able to recommend the types of merchandise to be bought.

163. As a salaried Manager in Training at Family Video, Opt-In was able to determine the types of merchandise to be stocked.

164. As a salaried Manager in Training at Family Video, Opt-In was able to recommend the types of merchandise to be stocked.

165. As a salaried Manager in Training at Family Video, Opt-In was able to determine the types of merchandise to be sold or rented.

166. As a salaried Manager in Training at Family Video, Opt-In was able to recommend the types of merchandise to be sold or rented.

167. As a salaried Manager in Training at Family Video, Opt-In was able to determine the types or amounts of materials and supplies to be purchased.

168. As a salaried Manager in Training at Family Video, Opt-In was able to control the flow of merchandise.

169.    As a salaried Manager in Training at Family Video, Opt-In was able to control the distribution of merchandise.

170.    As a salaried Manager in Training at Family Video, Opt-In was able to control and account for inventory.

171.    As a salaried Manager in Training at Family Video, Opt-In was able to control and account for materials and supplies.

172.    As a salaried Manager in Training at Family Video, Opt-In was able to provide for the safety and security of employees.

173.    As a salaried Manager in Training at Family Video, Opt-In was able to provide for the safety and security of customers.

174.    As a salaried Manager in Training at Family Video, Opt-In was able to provide for the safety and security of Family Video's property.

175.    As a salaried Manager in Training at Family Video, Opt-In was able to plan the budget for the store.

176.    As a salaried Manager in Training at Family Video, Opt-In was able to control the budget for the store.

177.    As a salaried Manager in Training at Family Video, Opt-In was able to control costs for the store.

178.    As a salaried Manager in Training at Family Video, Opt-In was able to increase revenues for the store.

179.    As a salaried Manager in Training at Family Video, Opt-In was able to monitor legal compliance measures.

180. As a salaried Manager in Training at Family Video, Opt-In was able to advertise a store to the public.

181. As a salaried Manager in Training at Family Video, Opt-In was able to advertise the sale or rental of merchandise to the public.

182. As a salaried Manager in Training at Family Video, Opt-In was able to advertise membership to the public.

183. As a salaried Manager in Training at Family Video, Opt-In was able to market or promote a store to the public.

184. As a salaried Manager in Training at Family Video, Opt-In was able to market or promote the sale or rental of merchandise to the public.

185. As a salaried Manager in Training at Family Video, Opt-In was able to market or promote membership to the public.

186. As a salaried Manager in Training at Family Video, Opt-In was able to maintain tax records.

187. As a salaried Manager in Training at Family Video, Opt-In was able to verify the accuracy of tax records.

188. As a salaried Manager in Training at Family Video, Opt-In was able to implement a budget.

189. As a salaried Manager in Training at Family Video, Opt-In was able to maintain a budget.

190. As a salaried Manager in Training at Family Video, Opt-In was able to enforce a budget.

191.    As a salaried Manager in Training at Family Video, Opt-In was able to audit the store's inventory.

192.    As a salaried Manager in Training at Family Video, Opt-In was able to audit a store's financial performance.

193.    As a salaried Manager in Training at Family Video, Opt-In was able to audit employee performance.

194.    As a salaried Manager in Training at Family Video, Opt-In was able to ensure that the store is in compliance with requirements under insurance policies.

195.    As a salaried Manager in Training at Family Video, Opt-In was able to interact with insurance company or companies on behalf of Family Video.

196.    As a salaried Manager in Training at Family Video, Opt-In was able to control the quality of merchandise.

197.    As a salaried Manager in Training at Family Video, Opt-In was able to control the quality of services.

198.    As a salaried Manager in Training at Family Video, Opt-In was able to control the quality of a store and premises.

199.    As a salaried Manager in Training at Family Video, Opt-In was able to carry out or enforce Family Video's policies.

200.    As a salaried Manager in Training at Family Video, Opt-In was able to purchase or procure merchandise.

201.    As a salaried Manager in Training at Family Video, Opt-In was able to purchase or procure materials and supplies.

202. As a salaried Manager in Training at Family Video, Opt-In was able to purchase or procure services.

203. As a salaried Manager in Training at Family Video, Opt-In was able to pay for merchandise with the store's revenues or a company credit card.

204. As a salaried Manager in Training at Family Video, Opt-In was able to pay for materials and supplies with the store's revenues or a company credit card.

205. As a salaried Manager in Training at Family Video, Opt-In was able to pay for services provided to the store with the store's revenues or a company credit card.

206. As a salaried Manager in Training at Family Video, Opt-In was able to negotiate a contract with any third party on behalf of Family Video or a store.

207. As a salaried Manager in Training at Family Video, Opt-In was able to enter into a contract with any third party on behalf of Family Video or a store.

208. As a salaried Manager in Training at Family Video, Opt-In was able to research providers of the goods and services that Family Video or a store provides.

209. As a salaried Manager in Training at Family Video, Opt-In was able to research providers of any entertainment that compete with Family Video or a store.

210. As a salaried Manager in Training at Family Video, Opt-In was able to ensure the safety and health of customers while on store premises.

211. As a salaried Manager in Training at Family Video, Opt-In was able to ensure the safety and health of employees while on store premises.

212. As a salaried Manager in Training at Family Video, Opt-In was able to ensure the safety and health of all persons while on store premises.

213.    As a salaried Manager in Training at Family Video, Opt-In was able to explain compensation to employees.

214.    As a salaried Manager in Training at Family Video, Opt-In was able to explain employee benefits to employees.

215.    As a salaried Manager in Training at Family Video, Opt-In was able to explain employment policies to employees.

216.    As a salaried Manager in Training at Family Video, Opt-In was able to implement or coordinate a public relations event.

217.    As a salaried Manager in Training at Family Video, Opt-In was able to implement or coordinate a "grass roots" event.

218.    As a salaried Manager in Training at Family Video, Opt-In was able to implement or coordinate an event for charity.

219.    As a salaried Manager in Training at Family Video, Opt-In was able to donate Family Video's or a store's resources or time or money or merchandise or anything of value to any third party.

220.    As a salaried Manager in Training at Family Video, Opt-In was able to implement or coordinate a customer event.

221.    As a salaried Manager in Training at Family Video, Opt-In was able to interact with any member of the media on behalf of Family Video or a store.

222.    As a salaried Manager in Training at Family Video, Opt-In was able to interact with any government official or government employee as a representative of Family Video or a store.

21

223.    As a salaried Manager in Training at Family Video, Opt-In was able to ensure that a store's facilities and equipment were in proper working order.

224.    As a salaried Manager in Training at Family Video, Opt-In was able to ensure that the store's point of sale system was in proper working order.

225.    As a salaried Manager in Training at Family Video, Opt-In was able to ensure that the store's computer network was in proper working order.

226.    As a salaried Manager in Training at Family Video, Opt-In was able to ensure that the store's internet was in proper working order.

227.    As a salaried Manager in Training at Family Video, Opt-In was able to enforce terms of a lease between Family Video and a third-party.

228.    As a salaried Manager in Training at Family Video, Opt-In was able to ensure compliance with terms of a lease between Family Video and a third-party.

229.    As a salaried Manager in Training at Family Video, Opt-In was able to interact with a third party lessee as a representative of Family Video.

230.    As a salaried Manager in Training at Family Video, Opt-In was able to ensure that a store was in compliance with laws and regulations.

**Salaried Store Manager:**

231.    As a salaried Store Manager at Family Video, Opt-In interviewed applicants for employment.

232.    As a salaried Store Manager at Family Video, Opt-In interviewed applicants for employment as customer service representatives.

233.    As a salaried Store Manager at Family Video, Opt-In interviewed applicants for employment as assistant store managers.

234. As a salaried Store Manager at Family Video, Opt-In interviewed applicants for employment as managers in training.

235. As a salaried Store Manager at Family Video, Opt-In interviewed applicants for employment as store managers.

236. As a salaried Store Manager at Family Video, Opt-In hired applicants for employment.

237. As a salaried Store Manager at Family Video, Opt-In assessed staffing needs for a store.

238. As a salaried Store Manager at Family Video, Opt-In selected applicants for employment.

239. As a salaried Store Manager at Family Video, Opt-In trained employees.

240. As a salaried Store Manager at Family Video, Opt-In set employees' rates of pay.

241. As a salaried Store Manager at Family Video, Opt-In adjusted employees' rates of pay.

242. As a salaried Store Manager at Family Video, Opt-In recommended employees' rates of pay.

243. As a salaried Store Manager at Family Video, Opt-In set employees' hours of work.

244. As a salaried Store Manager at Family Video, Opt-In evaluated employee schedules.

245. As a salaried Store Manager at Family Video, Opt-In completed employee schedules.

246. As a salaried Store Manager at Family Video, Opt-In understood labor costs.

247. As a salaried Store Manager at Family Video, Opt-In managed labor costs effectively.

248. As a salaried Store Manager at Family Video, Opt-In adjusted employees' hours of work.

249. As a salaried Store Manager at Family Video, Opt-In set his or her own hours of work.

250. As a salaried Store Manager at Family Video, Opt-In adjusted his or her own hours of work.

251. As a salaried Store Manager at Family Video, Opt-In directed the work of employees.

252. As a salaried Store Manager at Family Video, Opt-In maintained sales records.

253. As a salaried Store Manager at Family Video, Opt-In maintained financial records.

254. As a salaried Store Manager at Family Video, Opt-In maintained inventory records.

255. As a salaried Store Manager at Family Video, Opt-In verified the accuracy of sales records.

256. As a salaried Store Manager at Family Video, Opt-In verified the accuracy of financial records.

257. As a salaried Store Manager at Family Video, Opt-In completed bank reconciliations.

258. As a salaried Store Manager at Family Video, Opt-In verified the accuracy of inventory records.

24

259.    As a salaried Store Manager at Family Video, Opt-In supervised employees.

260.    As a salaried Store Manager at Family Video, Opt-In appraised employees' productivity and efficiency.

261.    As a salaried Store Manager at Family Video, Opt-In promoted employees.

262.    As a salaried Store Manager at Family Video, Opt-In recommended promotions of employees.

263.    As a salaried Store Manager at Family Video, Opt-In demoted employees.

264.    As a salaried Store Manager at Family Video, Opt-In recommended demotions of employees.

265.    As a salaried Store Manager at Family Video, Opt-In changed employment status of employees.

266.    As a salaried Store Manager at Family Video, Opt-In recommended changes in employment status of employees.

267.    As a salaried Store Manager at Family Video, Opt-In resolved employee complaints.

268.    As a salaried Store Manager at Family Video, Opt-In resolved employee grievances.

269.    As a salaried Store Manager at Family Video, Opt-In disciplined employees.

270.    As a salaried Store Manager at Family Video, Opt-In recommended discipline of employees.

271.    As a salaried Store Manager at Family Video, Opt-In ensured employees' compliance with Family Video's policies.

272.    As a salaried Store Manager at Family Video, Opt-In reprimanded employees.

25

273.    As a salaried Store Manager at Family Video, Opt-In planned the work being performed in the store.

274.    As a salaried Store Manager at Family Video, Opt-In determined any techniques to be used in the performance of any work duties.

275.    As a salaried Store Manager at Family Video, Opt-In made decisions that waived or deviated from a Family Video policy or procedure.

276.    As a salaried Store Manager at Family Video, Opt-In apportioned work among employees.

277.    As a salaried Store Manager at Family Video, Opt-In implemented rules for a store.

278.    As a salaried Store Manager at Family Video, Opt-In determined the types of merchandise to be bought.

279.    As a salaried Store Manager at Family Video, Opt-In recommended the types of merchandise to be bought.

280.    As a salaried Store Manager at Family Video, Opt-In determined the types of merchandise to be stocked.

281.    As a salaried Store Manager at Family Video, Opt-In recommended the types of merchandise to be stocked.

282.    As a salaried Store Manager at Family Video, Opt-In determined the types of merchandise to be sold or rented.

283.    As a salaried Store Manager at Family Video, Opt-In recommended the types of merchandise to be sold or rented.

284. As a salaried Store Manager at Family Video, Opt-In determined the types or amounts of materials and supplies to be purchased.

285. As a salaried Store Manager at Family Video, Opt-In controlled the flow of merchandise.

286. As a salaried Store Manager at Family Video, Opt-In controlled the distribution of merchandise.

287. As a salaried Store Manager at Family Video, Opt-In controlled and accounted for inventory.

288. As a salaried Store Manager at Family Video, Opt-In controlled and accounted for materials and supplies.

289. As a salaried Store Manager at Family Video, Opt-In provided for the safety and security of employees.

290. As a salaried Store Manager at Family Video, Opt-In provided for the safety and security of customers.

291. As a salaried Store Manager at Family Video, Opt-In provided for the safety and security of Family Video's property.

292. As a salaried Store Manager at Family Video, Opt-In planned the budget for the store.

293. As a salaried Store Manager at Family Video, Opt-In controlled the budget for the store.

294. As a salaried Store Manager at Family Video, Opt-In controlled costs for the store.

295.    As a salaried Store Manager at Family Video, Opt-In increased revenues for the store.

296.    As a salaried Store Manager at Family Video, Opt-In monitored legal compliance measures.

297.    As a salaried Store Manager at Family Video, Opt-In advertised a store to the public.

298.    As a salaried Store Manager at Family Video, Opt-In advertised the sale or rental of merchandise to the public.

299.    As a salaried Store Manager at Family Video, Opt-In advertised membership to the public.

300.    As a salaried Store Manager at Family Video, Opt-In marketed or promoted a store to the public.

301.    As a salaried Store Manager at Family Video, Opt-In marketed or promoted the sale or rental of merchandise to the public.

302.    As a salaried Store Manager at Family Video, Opt-In marketed or promoted membership to the public.

303.    As a salaried Store Manager at Family Video, Opt-In maintained tax records.

304.    As a salaried Store Manager at Family Video, Opt-In verified the accuracy of tax records.

305.    As a salaried Store Manager at Family Video, Opt-In implemented a budget.

306.    As a salaried Store Manager at Family Video, Opt-In maintained a budget.

307.    As a salaried Store Manager at Family Video, Opt-In enforced a budget.

308.    As a salaried Store Manager at Family Video, Opt-In audited the store's inventory.

309.    As a salaried Store Manager at Family Video, Opt-In audited a store's financial performance.

310.    As a salaried Store Manager at Family Video, Opt-In audited employee performance.

311.    As a salaried Store Manager at Family Video, Opt-In ensured that the store is in compliance with requirements under insurance policies.

312.    As a salaried Store Manager at Family Video, Opt-In interacted with insurance company or companies on behalf of Family Video.

313.    As a salaried Store Manager at Family Video, Opt-In controlled the quality of merchandise.

314.    As a salaried Store Manager at Family Video, Opt-In controlled the quality of services.

315.    As a salaried Store Manager at Family Video, Opt-In controlled the quality of a store and premises.

316.    As a salaried Store Manager at Family Video, Opt-In carried out or enforced Family Video's policies.

317.    As a salaried Store Manager at Family Video, Opt-In purchased or procured merchandise.

318.    As a salaried Store Manager at Family Video, Opt-In purchased or procured materials and supplies.

319.    As a salaried Store Manager at Family Video, Opt-In purchased or procured services.

320.    As a salaried Store Manager at Family Video, Opt-In paid for merchandise with the store's revenues or a company credit card.

321.    As a salaried Store Manager at Family Video, Opt-In paid for materials and supplies with the store's revenues or a company credit card.

322.    As a salaried Store Manager at Family Video, Opt-In paid for services provided to the store with the store's revenues or a company credit card.

323.    As a salaried Store Manager at Family Video, Opt-In negotiated a contract with any third party on behalf of Family Video or a store.

324.    As a salaried Store Manager at Family Video, Opt-In entered into a contract with any third party on behalf of Family Video or a store.

325.    As a salaried Store Manager at Family Video, Opt-In researched providers of the goods and services that Family Video or a store provides.

326.    As a salaried Store Manager at Family Video, Opt-In researched providers of any entertainment that compete with Family Video or a store.

327.    As a salaried Store Manager at Family Video, Opt-In ensured the safety and health of customers while on store premises.

328.    As a salaried Store Manager at Family Video, Opt-In ensured the safety and health of employees while on store premises.

329.    As a salaried Store Manager at Family Video, Opt-In ensured the safety and health of all persons while on store premises.

330. As a salaried Store Manager at Family Video, Opt-In interacted with emergency services—such as the police department or fire department or emergency medical technicians—as a representative of Family Video or a store.

331. As a salaried Store Manager at Family Video, Opt-In explained compensation to employees.

332. As a salaried Store Manager at Family Video, Opt-In explained employee benefits to employees.

333. As a salaried Store Manager at Family Video, Opt-In explained employment policies to employees.

334. As a salaried Store Manager at Family Video, Opt-In implemented or coordinated a public relations event.

335. As a salaried Store Manager at Family Video, Opt-In implemented or coordinated a "grass roots" event.

336. As a salaried Store Manager at Family Video, Opt-In implemented or coordinated an event for charity.

337. As a salaried Store Manager at Family Video, Opt-In donated Family Video's or a store's resources or time or money or merchandise or anything of value to any third party.

338. As a salaried Store Manager at Family Video, Opt-In implemented or coordinated a customer event.

339. As a salaried Store Manager at Family Video, Opt-In interacted with any member of the media on behalf of Family Video or a store.

340. As a salaried Store Manager at Family Video, Opt-In interacted with any government official or government employee as a representative of Family Video or a store.

31

341.   As a salaried Store Manager at Family Video, Opt-In ensured that a store's facilities and equipment were in proper working order.

342.   As a salaried Store Manager at Family Video, Opt-In ensured that the store's point of sale system was in proper working order.

343.   As a salaried Store Manager at Family Video, Opt-In ensured that the store's computer network was in proper working order.

344.   As a salaried Store Manager at Family Video, Opt-In ensured that the store's internet was in proper working order.

345.   As a salaried Store Manager at Family Video, Opt-In enforced terms of a lease between Family Video and a third-party.

346.   As a salaried Store Manager at Family Video, Opt-In ensured compliance with terms of a lease between Family Video and a third-party.

347.   As a salaried Store Manager at Family Video, Opt-In interacted with a third party lessee as a representative of Family Video.

348.   As a salaried Store Manager at Family Video, Opt-In ensured that a store was in compliance with laws and regulations.

349.   As a salaried Store Manager at Family Video, Opt-In was able to interview applicants for employment.

350.   As a salaried Store Manager at Family Video, Opt-In was able to interview applicants for employment as customer service representatives.

351.   As a salaried Store Manager at Family Video, Opt-In was able to interview applicants for employment as assistant store managers.

352.    As a salaried Store Manager at Family Video, Opt-In was able to interview applicants for employment as managers in training.

353.    As a salaried Store Manager at Family Video, Opt-In was able to interview applicants for employment as store managers.

354.    As a salaried Store Manager at Family Video, Opt-In was able to assess staffing needs for a store.

355.    As a salaried Store Manager at Family Video, Opt-In was able to select applicants for employment.

356.    As a salaried Store Manager at Family Video, Opt-In was able to train employees.

357.    As a salaried Store Manager at Family Video, Opt-In was able to set employees' rates of pay.

358.    As a salaried Store Manager at Family Video, Opt-In was able to adjust employees' rates of pay.

359.    As a salaried Store Manager at Family Video, Opt-In was able to recommend employees' rates of pay.

360.    As a salaried Store Manager at Family Video, Opt-In was able to set employees' hours of work.

361.    As a salaried Store Manager at Family Video, Opt-In was able to evaluate employee schedules.

362.    As a salaried Store Manager at Family Video, Opt-In was able to complete employee schedules.

363.    As a salaried Store Manager at Family Video, Opt-In was able to manage labor costs effectively.

364.    As a salaried Store Manager at Family Video, Opt-In was able to adjust employees' hours of work.

365.    As a salaried Store Manager at Family Video, Opt-In was able to set his or her own hours of work.

366.    As a salaried Store Manager at Family Video, Opt-In was able to adjust his or her own hours of work.

367.    As a salaried Store Manager at Family Video, Opt-In was able to direct the work of employees.

368.    As a salaried Store Manager at Family Video, Opt-In was able to maintain sales records.

369.    As a salaried Store Manager at Family Video, Opt-In was able to maintain financial records.

370.    As a salaried Store Manager at Family Video, Opt-In was able to maintain inventory records.

371.    As a salaried Store Manager at Family Video, Opt-In was able to verify the accuracy of sales records.

372.    As a salaried Store Manager at Family Video, Opt-In was able to verify the accuracy of financial records.

373.    As a salaried Store Manager at Family Video, Opt-In was able to complete bank reconciliations.

374.    As a salaried Store Manager at Family Video, Opt-In was able to verify the accuracy of inventory records.

34

375.    As a salaried Store Manager at Family Video, Opt-In was able to supervise employees.

376.    As a salaried Store Manager at Family Video, Opt-In was able to appraise employees' productivity and efficiency.

377.    As a salaried Store Manager at Family Video, Opt-In was able to recommend promotions.

378.    As a salaried Store Manager at Family Video, Opt-In was able to recommend demotions.

379.    As a salaried Store Manager at Family Video, Opt-In was able to recommend changes in employment status.

380.    As a salaried Store Manager at Family Video, Opt-In was able to resolve employee complaints.

381.    As a salaried Store Manager at Family Video, Opt-In was able to resolve employee grievances.

382.    As a salaried Store Manager at Family Video, Opt-In was able to discipline employees.

383.    As a salaried Store Manager at Family Video, Opt-In was able to recommend discipline of employees.

384.    As a salaried Store Manager at Family Video, Opt-In was able to ensure employees' compliance with Family Video's policies.

385.    As a salaried Store Manager at Family Video, Opt-In was able to reprimand employees.

35

386.    As a salaried Store Manager at Family Video, Opt-In was able to plan the work being performed in the store.

387.    As a salaried Store Manager at Family Video, Opt-In was able to determine any techniques to be used in the performance of any work duties.

388.    As a salaried Store Manager at Family Video, Opt-In was able to make decisions that waived or deviated from a Family Video policy or procedure.

389.    As a salaried Store Manager at Family Video, Opt-In was able to apportion work among employees.

390.    As a salaried Store Manager at Family Video, Opt-In was able to implement rules for a store.

391.    As a salaried Store Manager at Family Video, Opt-In was able to determine the types of merchandise to be bought.

392.    As a salaried Store Manager at Family Video, Opt-In was able to recommend the types of merchandise to be bought.

393.    As a salaried Store Manager at Family Video, Opt-In was able to determine the types of merchandise to be stocked.

394.    As a salaried Store Manager at Family Video, Opt-In was able to recommend the types of merchandise to be stocked.

395.    As a salaried Store Manager at Family Video, Opt-In was able to determine the types of merchandise to be sold or rented.

396.    As a salaried Store Manager at Family Video, Opt-In was able to recommend the types of merchandise to be sold or rented.

397.    As a salaried Store Manager at Family Video, Opt-In was able to determine the types or amounts of materials and supplies to be purchased.

398.    As a salaried Store Manager at Family Video, Opt-In was able to control the flow of merchandise.

399.    As a salaried Store Manager at Family Video, Opt-In was able to control the distribution of merchandise.

400.    As a salaried Store Manager at Family Video, Opt-In was able to control and account for inventory.

401.    As a salaried Store Manager at Family Video, Opt-In was able to control and account for materials and supplies.

402.    As a salaried Store Manager at Family Video, Opt-In was able to provide for the safety and security of employees.

403.    As a salaried Store Manager at Family Video, Opt-In was able to provide for the safety and security of customers.

404.    As a salaried Store Manager at Family Video, Opt-In was able to provide for the safety and security of Family Video's property.

405.    As a salaried Store Manager at Family Video, Opt-In was able to plan the budget for the store.

406.    As a salaried Store Manager at Family Video, Opt-In was able to control the budget for the store.

407.    As a salaried Store Manager at Family Video, Opt-In was able to control costs for the store.

408. As a salaried Store Manager at Family Video, Opt-In was able to increase revenues for the store.

409. As a salaried Store Manager at Family Video, Opt-In was able to monitor legal compliance measures.

410. As a salaried Store Manager at Family Video, Opt-In was able to advertise a store to the public.

411. As a salaried Store Manager at Family Video, Opt-In was able to advertise the sale or rental of merchandise to the public.

412. As a salaried Store Manager at Family Video, Opt-In was able to advertise membership to the public.

413. As a salaried Store Manager at Family Video, Opt-In was able to market or promote a store to the public.

414. As a salaried Store Manager at Family Video, Opt-In was able to market or promote the sale or rental of merchandise to the public.

415. As a salaried Store Manager at Family Video, Opt-In was able to market or promote membership to the public.

416. As a salaried Store Manager at Family Video, Opt-In was able to maintain tax records.

417. As a salaried Store Manager at Family Video, Opt-In was able to verify the accuracy of tax records.

418. As a salaried Store Manager at Family Video, Opt-In was able to implement a budget.

419.    As a salaried Store Manager at Family Video, Opt-In was able to maintain a budget.

420.    As a salaried Store Manager at Family Video, Opt-In was able to enforce a budget.

421.    As a salaried Store Manager at Family Video, Opt-In was able to audit the store's inventory.

422.    As a salaried Store Manager at Family Video, Opt-In was able to audit a store's financial performance.

423.    As a salaried Store Manager at Family Video, Opt-In was able to audit employee performance.

424.    As a salaried Store Manager at Family Video, Opt-In was able to ensure that the store is in compliance with requirements under insurance policies.

425.    As a salaried Store Manager at Family Video, Opt-In was able to interact with insurance company or companies on behalf of Family Video.

426.    As a salaried Store Manager at Family Video, Opt-In was able to control the quality of merchandise.

427.    As a salaried Store Manager at Family Video, Opt-In was able to control the quality of services.

428.    As a salaried Store Manager at Family Video, Opt-In was able to control the quality of a store and premises.

429.    As a salaried Store Manager at Family Video, Opt-In was able to carry out or enforce Family Video's policies.

430.   As a salaried Store Manager at Family Video, Opt-In was able to purchase or procure merchandise.

431.   As a salaried Store Manager at Family Video, Opt-In was able to purchase or procure materials and supplies.

432.   As a salaried Store Manager at Family Video, Opt-In was able to purchase or procure services.

433.   As a salaried Store Manager at Family Video, Opt-In was able to pay for merchandise with the store's revenues or a company credit card.

434.   As a salaried Store Manager at Family Video, Opt-In was able to pay for materials and supplies with the store's revenues or a company credit card.

435.   As a salaried Store Manager at Family Video, Opt-In was able to pay for services provided to the store with the store's revenues or a company credit card.

436.   As a salaried Store Manager at Family Video, Opt-In was able to negotiate a contract with any third party on behalf of Family Video or a store.

437.   As a salaried Store Manager at Family Video, Opt-In was able to enter into a contract with any third party on behalf of Family Video or a store.

438.   As a salaried Store Manager at Family Video, Opt-In was able to research providers of the goods and services that Family Video or a store provides.

439.   As a salaried Store Manager at Family Video, Opt-In was able to research providers of any entertainment that compete with Family Video or a store.

440.   As a salaried Store Manager at Family Video, Opt-In was able to ensure the safety and health of customers while on store premises.

441.    As a salaried Store Manager at Family Video, Opt-In was able to ensure the safety and health of employees while on store premises.

442.    As a salaried Store Manager at Family Video, Opt-In was able to ensure the safety and health of all persons while on store premises.

443.    As a salaried Store Manager at Family Video, Opt-In was able to explain compensation to employees.

444.    As a salaried Store Manager at Family Video, Opt-In was able to explain employee benefits to employees.

445.    As a salaried Store Manager at Family Video, Opt-In was able to explain employment policies to employees.

446.    As a salaried Store Manager at Family Video, Opt-In was able to implement or coordinate a public relations event.

447.    As a salaried Store Manager at Family Video, Opt-In was able to implement or coordinate a "grass roots" event.

448.    As a salaried Store Manager at Family Video, Opt-In was able to implement or coordinate an event for charity.

449.    As a salaried Store Manager at Family Video, Opt-In was able to donate Family Video's or a store's resources or time or money or merchandise or anything of value to any third party.

450.    As a salaried Store Manager at Family Video, Opt-In was able to implement or coordinate a customer event.

451.    As a salaried Store Manager at Family Video, Opt-In was able to interact with any member of the media on behalf of Family Video or a store.

41

452. As a salaried Store Manager at Family Video, Opt-In was able to interact with any government official or government employee as a representative of Family Video or a store.

453. As a salaried Store Manager at Family Video, Opt-In was able to ensure that a store's facilities and equipment were in proper working order.

454. As a salaried Store Manager at Family Video, Opt-In was able to ensure that the store's point of sale system was in proper working order.

455. As a salaried Store Manager at Family Video, Opt-In was able to ensure that the store's computer network was in proper working order.

456. As a salaried Store Manager at Family Video, Opt-In was able to ensure that the store's internet was in proper working order.

457. As a salaried Store Manager at Family Video, Opt-In was able to enforce terms of a lease between Family Video and a third-party.

458. As a salaried Store Manager at Family Video, Opt-In was able to ensure compliance with terms of a lease between Family Video and a third-party.

459. As a salaried Store Manager at Family Video, Opt-In was able to interact with a third party lessee as a representative of Family Video.

460. As a salaried Store Manager at Family Video, Opt-In was able to ensure that a store was in compliance with laws and regulations.

Date: April 15, 2014

FAMILY VIDEO MOVIE CLUB, INC.

_____
One of Its Attorneys

Joel Griswold
Melissa A. Siebert
John C. McIlwee
BAKER & HOSTETLER, LLP
191 North Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 416-6200

43

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Defendant's Requests for Admission was served April 15, 2014, via first class electronic mail and U.S. mail, postage prepaid, upon the following:

Douglas M. Werman
Werman Salas, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
dwerman@flsalaw.com
msalas@flsalaw.com


Michael A. Josephson
Fibich, Hampton & LeeBron, L.L.P.
1401 McKinney St., Suite 1800
Houston, Texas 77010
mjosephson@fhl-law.com


Joel Griswold

44

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALINA TAMAS, Individually and on behalf of All Others Similarly Situated; | ) ) ) | |
| Plaintiff, | ) ) | No. 11-cv-1024 |
| v. | ) ) | Judge John Z. Lee |
| FAMILY VIDEO MOVIE CLUB, INC. | ) ) ) | |
| Defendant. | ) | |

## INTERROGATORIES AND DOCUMENT REQUESTS

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Defendant Family Video Movie Club, Inc. ("Family Video") hereby serves each respective Opt-In Plaintiff for whom discovery has been allowed by the Court's Order, dated February 5, 2014, the following Interrogatories and Requests for Production (collectively, "Discovery Requests"), responses to which must be served by no later than **June 13, 2014**. Documents shall be produced at the offices of Baker & Hostetler, LLP, 191 North Wacker Drive, Chicago, Illinois 60606, or at such other place as the parties shall mutually agree.

## INSTRUCTIONS AND DEFINITIONS

1.      These Discovery Requests are intended to be a continuing obligation upon you to furnish all information requested herein until final disposition of this case. Corrections and supplemental responses are required as provided for in the Federal Rules of Civil Procedure. Family Video reserves all rights and remedies if Opt-In, or those acting on his or her behalf, fail to comply with the Federal Rules of Civil Procedure with regard to responding to discovery.

2.      These Discovery Requests seek information and documents within Opt-In's possession, custody or control, including documents and information in the possession of your investigators, employees, agents, representatives, guardians, attorneys, investigators for your attorneys, and any other persons acting on your behalf.

3.      For any document that was previously in your possession, custody, or control that has been discarded, misplaced, lost or destroyed; describe its contents in detail; state when the document was discarded, misplaced, lost or destroyed; and identify each person with knowledge

of the document, its loss or destruction, and/or the circumstances under which the document was discarded, misplaced, lost or destroyed.

4.      In responding to each Discovery Request, if you do not produce a document in whole or in part because you are unable to do so, or for any other reason, you are directed to provide the name and address of each person whom you believe has custody, possession or control of the document.

5.      If you cannot respond to any of the following Discovery Requests in full, after exercising due diligence to secure the documents or information, so state and respond to the extent possible, specifying the portion of the request or interrogatory to which you are unable to respond and the reason why you cannot do so.

6.      Objections and claims of privilege should not be made in a general, blanket fashion. Rather, Opt-In should indicate which specific objections and/or claims of privilege are asserted with regard to each Discovery Request. If only part of a Discovery Request is objected to, Opt-In should indicate which specific objections and/or claims of privilege are asserted with regard to each such part.

7.      With regard to attorney-client and work-product privilege objections to the production of documents, please produce an appropriate privilege log stating the document date, preparer, intended recipient(s), subject matter(s), number of pages, and persons who have received the document or have been told about the contents thereof, and other information sufficient for Family Video to determine the propriety of the claim of privilege.

8.      If you object in part to any Discovery Request, please respond to the remainder completely.

9.      When producing documents in response to these Discovery Requests, please identify by number the specific request(s) to which the documents are responsive.

10.      The term "document" means any and all materials falling within the definitions provided in Federal Rule of Evidence 1001 and/or falling within the scope of Federal Rule of Civil Procedure 34(a) (including without limitation any "electronically stored information"), together with all non-identical copies of any such materials, including without limitation all computer data, disks or film copies thereof. A document is to be considered non-identical if it contains any comment, notation or markings not contained on the produced original; any draft or preliminary form is also a "non-identical" document.

11.      When used in reference to a document, "identify" means to describe for each document: (i) the type of document (e.g., letter, memorandum, etc.), its date, author, addressee and other recipients; (ii) the number of pages in the document; and (iii) a general description of the subject matter of the document. It shall be sufficient if the documents in question are identified by production numbers or "Bates" numbers. In addition, in lieu of identifying documents, you may produce copies of them sorted by the interrogatory number(s) to which they are responsive (or label and produce such documents in the corresponding Request for Production, if any).

- 2 -

12.     When used with respect to an individual, "identify" means to describe an individual's name, current or last known address and telephone number, and current or last known employer.  The term "identify" when used in reference to an entity means at a minimum to describe the nature of the entity (e.g., corporation, limited liability company, partnership, etc.); identify any parent, subsidiary or affiliated business entities; identify those individual persons known or believed to be its officers and managing agents; provide its principal place of business; and list all names by which it conducts business.

13.     The use of the singular form of any word includes the plural and vice versa.

14.     Whenever asked to "describe" a conversation, communication, or other event, please set forth in reasonable detail the factual circumstances concerning such conversation, communication, or event, including but not limited to (i) identifying the persons involved; (ii) the date, time, and place thereof; (iii) specifying the substance of any conversation or communication, and the nature thereof (e.g., oral, telephone, e-mail, facsimile, letter, memorandum, etc.); and (iv) identifying any and all documents reflecting, referring or relating thereto.

15.     The term "communication" means every manner or means of disclosure, transfer or exchange of information, whether oral, electronic, by document, or otherwise, and whether face to face, in a meeting, by telephone, mail, electronic mail, personal delivery or otherwise.

16.     "Refer or relate to" means concerning, describing, evidencing, refuting, supporting, negating, changing, modifying, constituting or otherwise in any way touching upon the subject matter of the interrogatory or document request.

17.     The term "person" means any individual, partnership, corporation, firm, association or other business or legal entity.

18.     The terms "and" and "or" wherever used herein shall be understood in both the conjunctive and disjunctive sense, synonymous with "and/or."

19.     The term "you" and/or "your" means the Opt-In Plaintiff responding to these Discovery Requests.

20.     "Custodian" refers to any "person" having possession, custody or control of the subject to which is referred.

21.     "Complaint" means the Complaint, filed on February 14, 2011, in United States District Court, Northern District of Illinois, Case No. 11-cv-1024.

22.     "Family Video" means the defendant in this Lawsuit, Family Video Movie Club, Inc.

23.     "Lawsuit" means the civil proceeding initiated on February 14, 2011, and pending in United States District Court, Northern District of Illinois, Case No. 11-cv-1024.

24.     Any other words used herein shall be defined according to standard American use, as shown in a dictionary of the English language.

25.     Where not otherwise specified, the time period covered by these Discovery Requests begins three years prior to the date on which you filed your consent to join the above captioned lawsuit and extends through the dates of your responses to these requests, including further supplementation of such responses as appropriate.

26.     If you contend that the number of Interrogatories and their discrete subparts exceed the number allowed by the Federal Rules of Civil Procedure, and/or the local rules for the United States District Court, Northern District of Illinois, please confer with counsel for Family Video about such contention before the due date for Opt-In's Response to these Requests for Production.

27.     Documents produced must identify by the Bates stamp, which Opt-In is producing the respective documents.

28.     In either the caption of the responses and/or signature block, indicate which Opt-In is responding.

## INTERROGATORIES AND REQUESTS FOR PRODUCTION

INTERROGATORY NO. 1:  Identify each person who has knowledge of facts and/or allegations relating to your claim(s) and/or Complaint against Family Video, and describe the facts and/or allegations about which each such person has knowledge.

**ANSWER:**



REQUEST FOR PRODUCTION NO. 1:  Produce all documents that relate to the knowledge of each person identified in Interrogatory No. 1.

**RESPONSE:**



INTERROGATORY NO. 2:  Identify each person to whom you have made and/or from whom you have received communications relating to any of the facts and/or allegations relating

- 4 -

to your claim(s) and/or the Complaint against Family Video, and describe each such communication.

**ANSWER:**

INTERROGATORY NO. 3: Identify each account and/or user name that you have had since the time that you were first employed by Family Video until the present on which you were able to send, post, receive, or view emails, messages, postings, or other electronic communications through the internet, including, but not limited to, each of your email addresses, Facebook.com user name, Twitter.com user name, LinkedIn.com username, and any other internet website or application.

**ANSWER:**

REQUEST FOR PRODUCTION NO. 2: Produce all documents containing communications between you and any person relating to any of the facts and/or allegations relating to your claim(s) and/or the Complaint against Family Video, including, but not limited to, all blogs, emails, message boards, notes, written correspondence, text messages, phone messages, and any other communications made using any internet website, including, but not limited to Facebook.com, Twitter.com, LinkedIn.com, or other internet website or application.

**RESPONSE:**

INTERROGATORY NO. 4: For the activities you admit to having performed in your Responses to Defendant's Requests for Admission while employed as a salaried Manager in Training, rank the activities according to how you prioritized your performance of each such activity, from most significant to least significant.

**ANSWER:**

INTERROGATORY NO. 5:   For the activities you admit to having performed in your Responses to Defendant's Requests for Admission while employed as a salaried Store Manager, rank the activities according to how you prioritized your performance of each such activity, from most significant to least significant.

**ANSWER:**

INTERROGATORY NO. 6:   For the activities you admit to having performed in your Responses to Defendant's Requests for Admission while employed as a salaried Manager in Training, rank the activities according to how you much time you spent performing each such activity, from the most amount of time to the least amount of time.

**ANSWER:**

INTERROGATORY NO. 7:   For the activities you admit to having performed in your Responses to Defendant's Requests for Admission while employed as a salaried Store Manager, rank the activities according to how you much time you spent performing each such activity, from the most amount of time to the least amount of time.

**ANSWER:**

INTERROGATORY NO. 8: For each of the activities you admit to having performed in your Responses to Defendant's Requests for Admission, identify the date on which you performed the activity on each occasion, identify the store at which you performed such activity on each occasion, identify whether you were employed as a salaried Store Manager or salaried Manager in Training when you performed such activity on each occasion, describe how you performed the activity on each occasion, and identify how much time you spent performing the activity on each occasion.

**ANSWER:**

INTERROGATORY NO. 9: For each of the activities you admit to having performed in your Responses to Defendant's Requests for Admission, identify each person with knowledge that you performed such activity on each occasion and describe the basis for that person's knowledge.

**ANSWER:**

INTERROGATORY NO. 10: For each of the activities you admit to having performed in your Responses to Defendant's Requests for Admission, identify the number of times you performed such activity and the amount of time that elapsed between each occasion that you performed such activity.

**ANSWER:**

INTERROGATORY NO. 11:  For each of the activities you deny having performed in your Responses to Defendant's Requests for Admission, identify each Family Video employee to whom you communicated that you were not performing such activities and describe each such communication.

**ANSWER:**

INTERROGATORY NO. 12:  For each of the activities you deny having performed in your Responses to Defendant's Requests for Admission, identify and describe all facts that Family Video knew or should have known that you were not performing each such activity.

**ANSWER:**

INTERROGATORY NO. 13:  For each of the activities you deny having performed in your Responses to Defendant's Requests for Admission, explain why you did not perform each such activity.

**ANSWER:**

INTERROGATORY NO. 14:  Identify each Family Video employee to whom you communicated that you were not paid properly while employed as a salaried Store Manager or salaried Manager in Training and describe each such communication.

REQUEST FOR PRODUCTION NO. 3:  Produce all documents that relate to and/or refer to your employment with Family Video.

**RESPONSE:**

REQUEST FOR PRODUCTION NO. 4:  Produce all documents that relate to the work activities that you performed while employed at Family Video.

**RESPONSE:**

REQUEST FOR PRODUCTION NO. 5:  Produce all documents that relate to your claims against Family Video in this Lawsuit.

**RESPONSE:**

REQUEST FOR PRODUCTION NO. 6: Produce all documents, including those in electronic form, retained and/or removed by you, or on your behalf, from Family Video's premises or property (including from any Family Video computer, the point of sale system, computer network and/or server).

**RESPONSE:**

INTERROGATORY NO. 15: Identify each employer from whom you have sought to obtain and/or from whom you have obtained employment since your first date of employment with Family Video to the present.

**ANSWER:**

REQUEST FOR PRODUCTION NO. 7: Produce all documents that relate to your search for employment and/or attempts to obtain employment since your first date of employment with Family Video to the present. This request includes, but is not limited to, copies of any applications for employment, resume(s), curriculum vitae, correspondence to or from prospective employers, letters of recommendation, descriptions of your work experience and/or abilities, descriptions of the work you performed while employed at Family Video, correspondence or contracts with any employment agency or service, and any documents or forms that you completed in relation to your use of any online employment agency or service (such as Monster.com, CareerBuilder.com, Indeed.com, or other internet service).

**RESPONSE:**

REQUEST FOR PRODUCTION NO. 8: Produce all documents relating to your personal taxes, including any tax returns or other records regarding taxes paid or alleged to be owed for the time you were employed as a salaried Store Manager or salaried Manager in Training at Family Video.

**RESPONSE:**

REQUEST FOR PRODUCTION NO. 9: Produce all bills and records for any telephone, cellular phone, pager and/or mobile email device (*e.g.*, Blackberry) that you owned, used in, was maintained in your residence, and/or on which you were accessible from the moment you were while you employed as a salaried Store Manager or salaried Manager in Training at Family Video to the present.

**RESPONSE:**

INTERROGATORY NO. 16: Identify the relief you are seeking in relation to this Lawsuit and, to the extent you are seeking damages, identify the categories of damages that you are seeking and the total dollar amount of damages for each such category, including, without limitation, the mathematical computation, formulae and alternative theories used in arriving at the respective amounts of claimed damages, and identify each person who has knowledge regarding such damages or who participated in the computation of such damages.

**ANSWER:**

REQUEST FOR PRODUCTION NO. 10:   Produce all documents relating to the damages you are seeking, if any, in relation to this Lawsuit.

**RESPONSE:**

INTERROGATORY NO. 17:   If you contend that your claims against Family Video resulted from Family Video's willful conduct, identify all facts in support of that contention.

**ANSWER:**

INTERROGATORY NO. 18:   Other than the objections, identify each and every person who provided any information in answering these Interrogatories and/or provided documents in responding to these Requests for Production, identify who provided such information and documents in each instance, and what information and documents were provided by each such person.

**ANSWER:**

REQUEST FOR PRODUCTION NO. 11:   Produce all documents that relate to any current or former Family Video employee, other than you, with whom you contend you are similarly situated.

**RESPONSE:**

REQUEST FOR PRODUCTION NO. 12: Produce all documents relating to this Lawsuit and/or your claims in this Lawsuit

**RESPONSE:**

REQUEST FOR PRODUCTION NO. 13. Produce all correspondence, in any form, that you received or sent relating to your claims and/or this Lawsuit.

**RESPONSE:**

REQUEST FOR PRODUCTION NO. 14: Produce all documents that you may seek to introduce at trial in this matter.

**RESPONSE:**

REQUEST FOR PRODUCTION NO. 15. Produce all documents that relate to your answers to these Interrogatories and/or all documents upon which you relied in providing answers to these Interrogatories.

**RESPONSE:**

- 13 -

INTERROGATORY NO. 19:  Identify each and every legal dispute, including without limitation every civil action, unlawful detainer action and action in small claims court; bankruptcy proceedings, administrative charges; and criminal prosecutions in which you have been involved.  For each such action, identify the date the action was filed, the court or agency in which the action was filed or prosecuted, the nature of the action, the underlying facts pertaining to the action, the resolution or current status of the action, any amounts paid or received from settlement of any such action, and any sentence imposed.

**ANSWER:**

Date: April 15, 2014                        FAMILY VIDEO MOVIE CLUB, INC.

                                            One of Its Attorneys

Joel Griswold
Melissa A. Siebert
John C. McIlwee
BAKER & HOSTETLER, LLP
191 North Wacker Drive, Suite 3100
Chicago, Illinois  60606
(312) 416-6200

- 14 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Defendant's Interrogatories and Document Requests was served April 15, 2014, via first class electronic mail and U.S. mail, postage prepaid, upon the following:

Douglas M. Werman
Werman Salas, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
dwerman@flsalaw.com
msalas@flsalaw.com

Michael A. Josephson
Fibich, Hampton & LeeBron, L.L.P.
1401 McKinney St., Suite 1800
Houston, Texas 77010
mjosephson@fhl-law.com

Joel Griswold

44

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALINA TAMAS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 11 C 1024 |
| vs. | ) ) | Judge Lee |
| FAMILY VIDEO MOVIE CLUB, INC. | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT**

Plaintiffs, under Fed. R. Civ. P. 33 and the Court's order dated February 5, 2014, request that Defendant Family Video Movie Club, Inc. respond to the following interrogatories within sixty (60) days. These interrogatories are continuing until the date of trial. Defendant is to serve supplemental answers if it becomes aware of additional information related to these interrogatories.

**<u>DEFINITIONS AND INSTRUCTIONS</u>**

A.      As used in these interrogatories, the term **"Discovery Plaintiff"** means the 64 opt-in Plaintiffs the Parties select to participate in discovery, as set forth in the Court's February 5, 2014 order.

B.      Plaintiffs incorporate the definition and instructions set forth in Plaintiff's First Request for Production of Documents to Defendant.

C.      Unless otherwise stated, the term **"Relevant Period"** for purposes of Plaintiffs' Second Set of Interrogatories to Defendant means the period of time the **Discovery Plaintiff** worked as a **salaried Manager-in-Training ("MIT")** or **salaried Store Manager** in the three

1

years prior to the **Discovery Plaintiff** filing a consent form to participate in the lawsuit to the present date.

## REQUESTS

**INTERROGATORY NO. 1:**

For each work week that each Discovery Plaintiff was employed by Defendant, identify the following:

(a)    The dates and job titles under which the Discovery Plaintiff worked, including but not limited to the job titles of salaried Manager-in-Training ("MIT") and/or salaried Store Manager;

(b)    Each store number and store address worked;

(c)    The dates each Discovery Plaintiff worked in each such store identified in subpart (b), above;

(d)    For the stores the Discovery Plaintiff worked as a salaried MIT, the identities of the Store Manager(s) at each store;

(e)    For the stores the Discovery Plaintiff worked as a salaried MIT or salaried Store Manager, the identities of the District Manager and Regional Manager for each store.

**ANSWER:**


**INTERROGATORY NO. 2:**

Please specify the corresponding dates, times, store number and store location, if any, for each instance, if any, that the Discovery Plaintiff performed each of the following duties during the Relevant Period.  Alternatively, please stipulate that the Discovery Plaintiff did not perform any of the following duties during the Relevant Period:

2

(a)     interviewed applicants for a job with defendant;

(b)     independently selected applicants for hiring;

(c)     actually hired an employee;

(d)     recommended that an employee be hired;

(e)     terminated an employee;

(f)     recommended that an employee be terminated;

(g)     set or adjusted rates of pay for prospective or current employees;

(h)     evaluated employee performance for the purpose of recommending promotions or other changes in status;

(i)     handled an employee complaint or grievance;

(j)     disciplined an employee;

(k)     implemented legal compliance measures;

(l)     provided for the safety of the store;

(m)     independently reduced the price of merchandise without guidance from the Corporate office, regional office, district office or store manager;

(n)     determined the manner, method and location that merchandise would be displayed.

**ANSWER:**


**INTERROGATORY NO. 3:**

For each work week that each Discovery Plaintiff was employed by Defendant during the

Relevant Period, identify by:

(a) name;

(b) last known address;

3

(c) phone number;

(d) job title; and

(e) hourly rate of pay (for each work week),

each employee that Defendant contends the Discovery Plaintiff actually supervised, including the dates of the alleged supervision.

**ANSWER:**

**INTERROGATORY NO. 4:**

For each person and individual work week identified by you in response to Interrogatory No. 3, state the number of hours you contend each Discovery Plaintiff spent actually supervising the subordinate employees.

**ANSWER:**

**INTERROGATORY NO. 5:**

List the primary duties which you contend were performed by each Discovery Plaintiff each week during the Relevant Period. This interrogatory seeks a description of the actual duties performed by the Discovery Plaintiffs, not the duties Defendant believes or expected that the Discovery Plaintiffs should have performed.

**ANSWER:**

**INTERROGATORY NO. 6:**

4

For each Discovery Plaintiff, identify the specific exemption(s) from the Fair Labor Standards Act that you contend is applicable, each job duty or activity that you contend supports the application of the exemption you are claiming and for each allegedly exempt job duty or activity you identify, state:

    a.    Whether the Discovery Plaintiff performed the job duty as an MIT, Store Manager or both;

    b.    Whether the Regional or District Manager had the same job duty and provide the name, address and phone number of the Regional or District Manager;

    c.    Whether any of the hourly employees who worked with the Discovery Plaintiff performed, or shared the job duty or activity you identified and the name, address and phone number of the employee(s);

    d.    The names, address and phone nuber of the employee(s) who worked with the Discovery Plaintiff and who you contend **did not** perform or share in the exempt weekly duties identified by you;

    e.    The amount of time in hours and minutes, if known, spent by each Discovery Plaintiff on a weekly basis for each of employment, performing the specific duties you contend support the exemption.

**ANSWER:**

**INTERROGATORY NO. 7:**

Please describe the office or non-manual work performed by each Discovery Plaintiff and include in your answer:

    a.    The number of hours per week spent performing this work;

    b.    The identity of any documents used while the Discovery Plaintiff performed the office or non-manual work;

    c.    How the duties identified related to the management or general business operations of the retail establishment; and

    d.    Whether any non-exempt employees could also perform these functions.

5

**ANSWER:**

**INTERROGATORY NO. 8:**

Please identify the specific factual basis/bases for your assertion that the Discovery Plaintiff's primary duty includes the exercise of discretion and independent judgment with respect to matters of significance.

**ANSWER:**

**INTERROGATORY NO. 9:**

Please state the name, position, address, and phone number of each person who provided information or answered any of the above-referenced interrogatories or searched for documents responsive to any of the Discovery Plaintiff's request for production.

**ANSWER:**

**INTERROGATORY NO. 10:**

Did Defendant conduct any investigation, analysis or review during the time period October 14, 2005 to February 14, 2011 to determine whether Defendant's classification of the Store Manager or MIT position complied with the overtime wage requirements of the Fair Labor Standards Act? If yes, state:

        a.    The date that Defendant engaged in any such investigation, analysis or review;

        b.    The person or entity responsible for conducting the investigation, analysis or review;

6

      c.     The conclusions or determinations of any such investigation, analysis or review;

      d.     Identify and describe all documents relating to, relevant to, or generated as a result of any such investigation, analysis or review;

      e.     Any other facts and documents which subjectively or objectively demonstrate the steps taken by Family Video to comply with the Stipulation of Compliance signed by Timothy Reynolds.

**ANSWER:**

**INTERROGATORY NO. 11:**

Please describe the factual basis/bases for Timothy Reynolds statement that "Since 2005, Family Video has relied in good faith upon and followed the DOL approved process for evaluating the duties of and reclassifying of its MITs as exempt employees" and include in your answer a description of any documents which subjectively or objectively evidence Family Video's good faith.

**ANSWER:**

**INTERROGATORY NO. 12:**

Please identify all of the individuals who were involved in the decision to classify Managers-In-Training and Store Managers as exempt from the overtime requirements and include in your answer the following:

      a.     The name, address and phone number of the individuals identified; and

      b.     A description of all documents relied upon in support of this decision;

**ANSWER:**

7

**INTERROGATORY NO. 13:**

Describe why you believe Defendant did not willfully violate the FLSA and describe in

your answer any documents, witnesses and testimony that you are relying on in support of this

contention.

**ANSWER:**

Dated: April 15, 2014

By:_____

One of Plaintiff's Attorneys

Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
David E. Stevens – dstevens@flsalaw.com
Sarah J. Arendt – sarendt@flsalaw.com
Werman Salas P.C.
77 West Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Michael A. Josephson - mjosephson@fhl-law.com
Fibich, Hampton & Leebron, L.L.P
1401 McKinney, Suite 1800
Houston, Texas 77010
Telephone: (713) 751-0025

Attorneys for Plaintiffs

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALINA TAMAS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 11 C 1024 |
| vs. | ) ) ) | Judge Lee |
| FAMILY VIDEO MOVIE CLUB, INC. | ) ) ) | |
| Defendant. | ) | |

PLAINTIFFS' SECOND REQUEST FOR PRODUCTION
OF DOCUMENTS TO DEFENDANT

Plaintiffs, under Fed. R. Civ. P. 34 and the Court's order dated February 5, 2014, request that Defendant Family Video Movie Club, Inc. respond to the following request for production of documents within sixty (60) days. These requests for production are continuing until the date of trial. Defendant is to serve supplemental answers if it becomes aware of additional information related to these document requests.

## DEFINITIONS AND INSTRUCTIONS

A.      As used in this document, the term **"Discovery Plaintiff"** means the 64 opt-in Plaintiffs the Parties select to participate in discovery, as set forth in the Court's February 5, 2014 order.

B.      Plaintiffs incorporate the definition and instructions set forth in Plaintiff's First Request for Production of Documents to Defendant.

C.      Unless otherwise stated, the term **"Relevant Period"** for purposes of Plaintiffs' Second Request for Production of Documents means the period of time the **Discovery Plaintiff** worked as a **salaried Manager-in-Training ("MIT")** or **salaried Store Manager** in the three

years prior to the **Discovery Plaintiff** filing a consent form to participate in the lawsuit to the present date.

**REQUEST NO. 1**

For each Family Video store the Discovery Plaintiff worked at during the Relevant Period, documents identifying the time each Discovery Plaintiff and his or her coworkers were scheduled to work.

**REQUEST NO. 2**

For each Discovery Plaintiff, electronic records identifying the time he or she punched in and out in Defendants' time keeping system during the Relevant Period.

**REQUEST NO. 3**

For each Family Video store the Discovery Plaintiff worked at during the Relevant Period, electronic records identifying the time each of the Discovery Plaintiff's co-workers punched in and out in Defendant's time keeping system.

**REQUEST NO. 4**

For each Family Video store the Discovery Plaintiff worked at during the Relevant Period, electronic records identifying edits that were made to the punch in and out times of the Discovery Plaintiff and the Discovery Plaintiff's co-workers and the reasons for the edits.

**REQUEST NO. 5**

For each Discovery Plaintiff, documents related to the in-store movie purchases the Discovery Plaintiff made on Defendants' behalf by traveling to retail locations. This request seeks information, including but not limited to, the dates and times the Discovery Plaintiff made movie purchases and the places where the Discovery Plaintiff made movie purchases. This

request also seeks communications exchanged between the Discovery Plaintiffs and Defendants about such movie purchases.

**REQUEST NO. 6**

For each Discovery Plaintiff, documents identifying the time the Discovery Plaintiff performed work for Defendant during the Relevant Period that is not reflected in the documents produced in response to Document Request No. 2.

**REQUEST NO. 7**

For each Family Video store the Discovery Plaintiff worked at during the Relevant Period, and to the extent not produced in response to Document Request No. 3, documents identifying the time the Discovery Plaintiff's co-workers performed work for Defendant.

**REQUEST NO. 8**

All handbooks, manuals, policies and documents describing or concerning the procedure, custom, practice, or policy for keeping track of Discovery Plaintiffs' hours that Defendant has used, published, relied on, or distributed during the Relevant Period.

**REQUEST NO. 9**

All Labor Forecasting Reports created or prepared by or for each Discovery Plaintiff during the Relevant Period. Responsive Labor Forecasting Report should be organized and produced for each Discovery Plaintiff.

**REQUEST NO. 10**

All Daily Labor Reports created or prepared by or for each Discovery Plaintiff during the Relevant Period. Responsive Daily Labor Reports should be organized and produced for each Discovery Plaintiff.

**REQUEST NO. 11**

A key, table, or index identifying all codes or symbols used to identify job positions (e.g., Assistant Manager, MIT, and Store Manager) during the Relevant Period.

**REQUEST NO. 12**

To the extent not previously produced, electronic records for each Discovery Plaintiff during the Relevant Period identifying:

  a. The regular rate of pay the Discovery Plaintiff was paid in individual work weeks and an explanation of the basis of pay showing the monetary amount paid on either a (i) per hour, (ii) per day, (iii) per piece, (iv) job rate, (v) commission on sales, (vi) or other basis; and the amount and nature of each payment that is excluded from the regular rate under Section 7(e) of the FLSA;

  b. The total daily or weekly straight-time earnings or wages due for hours worked during the workday or week, exclusive of premium overtime compensation;

  c. The total premium paid over and above straight-time earnings for overtime hours;

  d. The total additions to or deductions from wages paid each pay period, including employee purchase orders or wage assignments. The individual employee records must also include the dates, amounts, and nature of items that make up the total additions and deductions;

  e. The total wages paid each pay period;

  f. The date of payment and the pay period covered by the payment;

  g. The date and amount of any bonus or other compensation paid to the Discovery Plaintiff.

**REQUEST NO. 13**

For each Family Video store the Discovery Plaintiff worked at during the Relevant Period, electronic records identifying the following for each of the Discovery Plaintiff's co-workers:

  a. The regular rate of pay the Discovery Plaintiff's co-worker was paid in individual work weeks and an explanation of the basis of pay showing the monetary amount

paid on either a (i) per hour, (ii) per day, (iii) per piece, (iv) job rate, (v) commission on sales, (vi) or other basis; and the amount and nature of each payment that is excluded from the regular rate under Section 7(e) of the FLSA;

b. The total daily or weekly straight-time earnings or wages due for hours worked during the workday or week, exclusive of premium overtime compensation;

c. The total premium paid over and above straight-time earnings for overtime hours;

d. The total additions to or deductions from wages paid each pay period, including employee purchase orders or wage assignments. The individual employee records must also include the dates, amounts, and nature of items that make up the total additions and deductions;

e. The total wages paid each pay period;

f. The date of payment and the pay period covered by the payment;

g. The date and amount of any bonus or other compensation paid to the Discovery Plaintiff's co-worker.

**REQUEST NO. 14**

Produce any documents describing how the bonuses, quarterly bonuses, and commissions received by the Discovery Plaintiffs during the Relevant Period were calculated.

**REQUEST NO. 15**

All documents sent by Defendant to each Discovery Plaintiff (and vice versa) concerning the terms and conditions of the Discovery Plaintiff's employment. This includes, but is not limited to e-mail, memos, notes, and other documents discussing the Discovery Plaintiff's compensation, Defendant's expectations for the requirements of the Discovery Plaintiff's position, or other employment benefits.

**REQUEST NO. 16**

Produce all documents, including correspondence, memos, or e-mails pertaining to any meetings, discussions, encounters, and/or conversations, whether private or public, that

Defendant or any agents or employee of Defendant had with the Discovery Plaintiffs regarding the Discovery Plaintiffs' job duties, responsibilities, hours of work, or compensation.

**REQUEST NO. 17**

All documents reflecting the written communications, including e-mails, the Discovery Plaintiff made to his or her Regional or District Manager or any other Family Video manager during the Relevant Period.

**REQUEST NO. 18**

All documents reflecting the written communications, including e-mails, any other Family Video manager, or the Discovery Plaintiff's Regional or District Manager made to the Discovery Plaintiff during the Relevant Period.

**REQUEST NO. 19**

Produce copies of any task lists, documents, directives, instructions, orders, emails, memos, or electronic communications between regional, and/or district, and/or corporate and the store where each Discovery Plaintiff worked during the Relevant Period.

**REQUEST NO. 20**

To the extent not previously produced all handbooks, manual, policies and other documents describing or concerning the job duties and responsibilities for each Discovery Plaintiff.

**REQUEST NO. 21**

For the Relevant Period, all checklists, "ticklers," and lists of daily job duties performed by employees for each week and each store where the Discovery Plaintiffs worked. Such checklists specifically include, but are not limited to, all such checklists and/or "ticklers" maintained in electronic formats, including in Excel.

**REQUEST NO. 22**

Each Discovery Plaintiff's personnel file.

**REQUEST NO. 23**

All handbooks, manual, policies, job descriptions, performance reviews, and other documents describing or concerning the job duties and responsibilities of the District Managers, Regional Managers, and other individuals who had any responsibility for establishing, monitoring, or supervising the Discovery Plaintiff's job duties or responsibilities during the Relevant Period.

**REQUEST NO. 24**

Produce all organizational charts for Defendant or any other documents showing the management structure or reporting relationships between the Discovery Plaintiffs and Defendant for each state, region, and district.

**REQUEST NO. 25**

All documents which contain information relating to the dates, times or location for each occasion during their employment with Defendant that each Discovery Plaintiff:

    a.    interviewed applicants for a job with defendant;

    b.    independently selected applicants for hiring;

    c.    actually hired an employee;

    d.    recommended that an employee be hired;

    e.    terminated an employee;

    f.    recommended that an employee be terminated;

    g.    set or adjusted rates of pay for employees;

    h.    evaluated employee performance for the purpose of recommending promotions or other change in status;

    i.     handled an employee complaint or grievance;

    j.     disciplined an employee;

    k.     implemented legal compliance measures;

    l.     provided for the safety of the store;

    m.    independently reduced the price of merchandise without guidance from the Corporate office, regional office, district office or store manager;

    n.     determined how or where merchandise would be displayed.

**REQUEST NO. 26**

Produce all documents containing information identifying the employees each Discovery Plaintiff actually supervised during the Relevant Period.

**REQUEST NO. 27**

Produce all documents showing the hours each Discovery Plaintiff spent actually supervising the subordinate employees in the preceding document request during the Relevant Period.

**REQUEST NO. 28**

Produce any time studies Defendant performed to determine the amount of time Plaintiffs spent performing different job duties.

**REQUEST NO. 29**

Produce documents identifying the weekly duties each Discovery Plaintiff performed during the Relevant Period.

**REQUEST NO. 30**

Please produce the forms and/or reports used by MITs or Store Managers and/or others which detail any work performed by the Discovery Plaintiff during the Relevant Period.

**REQUEST NO. 31**

Produce any documents which demonstrate that the Discovery Plaintiffs understood his/her salary was intended to compensate him/her for all hours worked in excess of 40 hours a week

**REQUEST NO. 32**

Produce all documents identifying the devices used to back up, process, transmit and store electronic information in any of the stores, districts or regions where Plaintiff worked.

**REQUEST NO. 33**

If any of the devices identified in the documents produced in response to the preceding document request have been removed, moved, destroyed or altered, please provide all documents which describe, mention or relate to the decision to remove, move, destroy or alter these devices.

**REQUEST NO. 34**

All documents Defendant will rely on to demonstrate that the Discovery Plaintiff was exempt from the overtime requirements of the Fair Labor Standards Act.

**REQUEST NO. 35**

Produce (or if previously produced, identify by bates stamp) all documents Defendant will rely upon to prove that the Discovery Plaintiff has/had the "authority to hire or fire other employees or whose suggestions and recommendations as to the hiring, firing, advancement, promotion or any other change of status of other employees are given particular weight."

**REQUEST NO. 36**

Produce (or if previously produced, identify by bates stamp) all documents Defendant will rely upon to prove that the Discovery Plaintiffs "customarily and regularly directs [or directed] the work of two or more other employees.

**REQUEST NO. 37**

Produce (or if previously produced, identify by bates stamp) all documents you will rely upon to prove that the "primary duty" of the Discovery Plaintiffs was the "management of the enterprise in which the employee was employed or of a customarily recognized department or subdivision thereof."

**REQUEST NO. 38**

Produce (or if previously produced, identify by bates stamp) all documents you will rely upon to prove that the "primary duty" of the Discovery Plaintiffs was the "management of the enterprise in which the employee was employed or of a customarily recognized department or subdivision thereof."

**REQUEST NO. 39**

Produce (or if previously produced, identify by bates stamp) all documents you will rely upon to prove that the "primary duty" of the Discovery Plaintiffs was the "performance of office or non-manual work directly related to the management or general business operations of the employer or the employer's customers."

**REQUEST NO. 40**

Produce (or if previously produced, identify by bates stamp) all documents you will rely upon to prove that the "primary duty" of the Discovery Plaintiffs was the "the exercise of discretion and independent judgment with respect to matters of significance."

**REQUEST NO. 41**

For each person identified as a witness by Defendant, produce the entire personnel file and all records reflecting jobs held, duration of employment, wage rates, disciplinary action, and evaluations.

**REQUEST NO. 42**

Documents discussing, identifying or otherwise relating to the steps taken by Defendant to investigate, analyze or review the classification of Store Managers or MITs as exempt during the time period October 14, 2005 to February 14, 2011.

**REQUEST NO. 43**

Produce the documents which form the factual basis/bases for Timothy Reynolds' claim that "Since 2005, Family Video has relied, in good faith upon and followed the DOL approved process for evaluating the duties of and reclassifying its MITs as exempt employees."

**REQUEST NO. 44**

Produce the documents subjectively or objectively evidencing Family Video's compliance with the Stipulation of Compliance Agreement between Family Video and the Department of Labor.

**REQUEST NO. 45**

Produce any documents describing changes to the job description of the Store Manager during the time period February 15, 2011 to the present.

**REQUEST NO. 46**

Produce any documents pertaining to Department of Labor investigations or compliance audits of any Family Video store, district or region employing salaried and exempt Store Managers or MITs during the time period October 14, 2005 to the present.

Dated: April 15, 2014

By: _____

One of Plaintiff's Attorneys


Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
David E. Stevens – dstevens@flsalaw.com
Sarah J. Arendt -- sarendt@flsalaw.com
Werman Salas P.C.
77 West Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Michael A. Josephson  - mjosephson@fhl-law.com
Fibich, Hampton & Leebron, L.L.P
1401 McKinney, Suite 1800
Houston, Texas 77010
Telephone: (713) 751-0025

Attorneys for Plaintiffs

# EXHIBIT E

| Tuesday                             Date: | 6/1 | 6/8 | 6/15 | 6/22 | 6/29 |
|---|---|---|---|---|---|
| **OPENING** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check Restrooms/ Get Cash Drawers | | | | | |
| Count Drawer/ Log Opening Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn On TV's | | | | | |
| Complete Daily Payroll | | | | | |
| Check E-mail / Change Backup Tape | | | | | |
| Print Steal of The Day/To Do List | | | | | |
| Complete Daily Inventories (see log) | | | /PB | | |
| Balance 1030 / Coupons/LCRs | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update daily payroll | | | | | |
| Mis-matched PC's | | | | | |
| Check/Change Furnace filters | | xxxxx | | xxxxx | |
| Call Muds/Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| Blow out VMI Machine | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | | |
| Pre-processing started? | | | | | |
| **MIDSHIFT** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | CC | | |
| Check E-mail | | | CC | | |
| Read Communications | | | CC | | |
| Call / Print Late Calls | | | | | |
| Check NSI's 2,5, & 8 Days Late | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | CC | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| **SIGN** | | | | | |
| Change Sign per the board | | | | | |
| **CLOSING** | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | CC | | |
| Empty All Garbage | | | CC | | |
| Windex Doors-Soda/Ice cream doors | | | CC | | |
| Clean Bathrooms / Drinking Fountain | | | CC | | |
| Clean Counters / Monitors / Keyboards | | | CC | | |
| Clean Ledges Inside and Out | | | CC | | |
| Clean Vestibule | | | CC | | |
| Cash Out / Add Deposits/Record Over/Short | | | CC | | |
| **EXTRA TASKS/MANAGER TO DO LIST** | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Print Wrong Store Returns-Recover | | | | | |
| Work on DMCHECKLIST | | | | | |
| Update Timesheets | | | | | |
| Post DM Approved Schedule | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today: | | | | | |

| Wednesday                Date: | 10/2 | 10/9 | 10/16 | 10/23 | 10/30 |
|---|---|---|---|---|---|
| **Opening Shift** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | CC | CC | JD | rain | CC |
| Check Restrooms/ Get Cash Drawer | CC | CC | JD | CC | CC |
| Count Drawer/Log Opening Balance | CC | CC | JD | CC | CC |
| Pick Up Bank Slips/Get Change | CC | CC | JD | CC | CC |
| Scan and Run Entire Dropbox | CC | CC | JD | CC | CC |
| Turn on TV's | CC | CC | JD | CC | CC |
| Complete Daily Inventories (see log) | JX/CC | CC | JD/CC | CC | CC |
| Check E-mail / Change Backup Tape | CC | CC | JD | CC | CC |
| Print Steal of The Day/To Do List | CC | CC | JD | CC | CC |
| Balance 1030 / Coupons /LCR's | CC | CC | JD | CC | CC |
| Fill Out Missing Signature Log | CC | | JD | CC | CC |
| Update Daily Payroll | CC | | JD | CC | CC |
| Mis-matched PC's | CC | CC | JD | CC | CC |
| Call Muds/ Nsf's | CC | CC | JD | CC | CC |
| Call Unable to Connect List | CC | CC | JD | CC | CC |
| 90 Day Miss You Calls | CC | | JD | CC | CC |
| New Member Calls | CC | | JD | CC | CC |
| Check Online Ecomm Orders | CC | None | JD | CC | CC |
| Fulfill E-Commerce Used orders | CC | None | none | CC | CC |
| Pre-processing Started? | CC | JX | done CC | yester. | no/done | cases made |
| | | CC | | CC | |
| **Mid Shift** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Results/Reface NR Wall | CC | JX | JX | JX | JX |
| Read Communications | JX/CC | JX | | | JX |
| Check E-mail | | | | JX | |
| Call / Print Late Calls | CW | CC | JX | JX | |
| Complete Daily Refacing (see log) | JX/CC | JX | JX | JX | JX |
| Straighten /Fill Front Candy & Pepsi | No DOD | | JX | | |
| Dust Green Handoff Wall | | JX | | | |
| Dust Eq bins/ Dust All Rack Signage | | | | | CC |
| Fill Missing Ad-boxes on NR Wall | CC | | CC | JX | CC |
| **Closing** | | | | | |
| Vacuum All Carpet | | | | JX | JX |
| Sweep / Mop Tile/Shake Out Mats | | | | JX | JX |
| Empty All Garbage | JX/CC | JX | CC | JX | JX |
| Windex Doors-Soda/ice cream doors | CC | | CC | JX | JX |
| Clean Bathrooms / Drinking Fountain | CC | JX | CC | | JX |
| Clean Counters / Monitors / Keyboards | CC | JX | CC | | JX |
| Clean Under All Counters | CC | | | | JX |
| Clean Vestibule | CC/JX | | CC | | JX |
| Clean Ledges Inside and Out | CC | | CC | JX | JX |
| Cash Out / Add Deposits/Record Over/Short | | JX | JX | JX | JX |
| **Manager/Administrative Duties** | | | | | |
| Review and Log Online and Store Applications | | | | | JX |
| Schedule Interviews | Did Interviews | | | | JX |
| Print Wrong Store Returns-Recover | | | | | |
| Work  on DMCHECKLIST | CC/JX | | | JX | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today | | | | | |
| Schedule | CC | | | | |
| Made move | | JX | | | |
| to drawer | | | | | |

for sale Movies
will arrive in order
out put add boxes?

| Thursday | Date: | 6/3 | 6/10 | 6/17 | 6/24 | |
|---|---|---|---|---|---|---|
| Send Thursday Money | | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | | |
| Check All Restrooms/ Get Cash Drawer | | | | | | |
| Pick Up Bank Slips/Get Change | | | | | | |
| Scan and Run Entire Dropbox | | | | | | |
| Turn On TV's | | | | | | |
| Complete Daily Inventories (see log) | | | | | | |
| Check E-mail / Change Backup Tape | | | | | | |
| Print Steal of The Day/To Do List | | | | | | |
| Balance 1030 / Coupons /LCR's | | | | | | |
| Fill Out Missing Signature Log | | | | | | |
| Update Daily Payroll | | | | | | |
| Mis-matched PC's | | | | | | |
| Call Muds/ Nsf's | | | | | | |
| Call Unable to Connect List | | | | | | |
| 90 Day Miss You Calls | | | | | | |
| New Member Calls | | | | | | |
| Blow Out VMI Machine | | | | | | |
| Check Online Ecomm Orders | | | | | | |
| Fulfill E-Commerce Used orders | | | | | | |
| Work on Processing | | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | | | | |
| Check E-mail | | | | | | |
| Read Communications | | | | | | |
| Call / Print Late Calls | | | | | | |
| Organize All Drawers | | | | | | |
| Complete Daily Refacing (see log) | | | | | | |
| Rotate/Stock For-Sales movies | | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | | |
| Vacuum All Stage Area Throughly | | | | | | |
| Vacuum All Carpet | | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | | |
| Empty All Garbage | | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | | |
| Clean Under All Counters | | | | | | |
| Clean Ledges Inside and Out | | | | | | |
| Clean Vestibule | | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | | |
| Review and Log Online and Store Applications | | | | | | |
| Schedule Interviews | | | | | | |
| Print Wrong Store Returns-Recover | | | | | | |
| Work on DMCHECKLIST | | | | | | |
| Update Timesheets | | | | | | |
| Work on Training Scenarios | | | | | | |
| Note all extra tasks completed today: | | | | | | |

| Friday | Date: | 10/4 | 10/11 | 10/18 | 10/25 | |
|---|---|---|---|---|---|---|
| **First Shift** | | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | | |
| Check All Bathrooms/ Get Cash Drawer | | | | | | |
| Count Drawer/ Log Opening Balance | | | | | | |
| Pick Up Bank Slips/Get Change | | | | | | |
| Turn on TVs | | | | | | |
| Scan and Run Entire Dropbox | | | | | | |
| Pull Weekend ROD | | | | | | |
| Complete Daily Inventories (see log) | | | | | | |
| Post Weekend Sales Goals | | | | | | |
| Check Dates for Expired Pop | | | | | | |
| Empty Soda Drain Pan | | | | | | |
| Check E-mail/ Change Backup Tape | | | | | | |
| Count Cotton Candy & Popcorn | | | | | | |
| Balance 1030 / Coupons /LCR's | | | | | | |
| Fill Out Missing Signature Log | | | | | | |
| Update Daily Payroll | | | | | | |
| Mis-matched PC's | | | | | | |
| Print Steal of The Day/To Do List | | | | | | |
| Call Muds/ Nsf's | | | | | | |
| Call Unable to Connect List | | | | | | |
| 90 Day Miss You Calls | | | | | | |
| New Member Calls | | | | | | |
| Check Online Ecomm Orders | | | | None | None | |
| Fulfill E-Commerce Used orders | | | | | | |
| Processing Finished by 4pm! | | | | | | |
| **Second Shift** | | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | rain | | |
| Midshift Count/Log Results/Reface NR Wall | | | | | | |
| Make Sure You Have Weekend Change | | | | | | |
| Check E-mail | | | | | | |
| Read Communications | | | | | | |
| Call / Print Late Calls | | | | | | |
| Check NSI's 2,5,& 8 Days Late | | | | | | |
| Complete Daily Refacing (see log) | | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | | |
| **Closing** | | | | | | |
| Vacuum All Carpet | | | | | | |
| Sweep / Mop Tile/Shake out Mats | | | | | | |
| Empty All Garbage | | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | | |
| Clean Under All Counters | | | | | | |
| Clean Ledges Inside and Out | | | | | | |
| Clean Vestibule | | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | | |
| **Extra Tasks/Manager Duties** | | | | | | |
| Review and Log Online and Store Applications | | | | | | |
| Schedule Interviews | | | | | | |
| Print Wrong Store Returns-Resolve | | | | | | |
| Work on DMCHECKLIST | | | | N/A | | |
| Update Timesheets | | | | | | |
| Work on Training Scenarios | | | | | | |
| Note all extra tasks completed today: | | | | | | |

Renude in pepsi + candy
2 841 modules

6/18 lost power 2x because of storm

| Saturday                Date: | 6/5 | 6/12 | 6/19 | 6/26 | |
|---|---|---|---|---|---|
| **Opening** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check All Restrooms/ Get Cash Drawer | | | | | |
| Count Drawer/ Log Opening Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn on TV's | | | | | |
| Check E-mail / Change Backup Tape | | | | | |
| Print Steal of the Day | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Balance 1030 / Coupons /LCR's | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Payroll | | | | | |
| Mis-matched PC's | | | | | |
| Blow out VMI Machine | | | | | |
| Call Muds/ Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Do Gumball Deposit (Sat. or Sun) | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | | |
| Processing Finished by 4pm! | | | | | |
| **Midshift** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | | | |
| Check E-mail | | | | | |
| Read Communications | | | | | |
| Call/Print Late Calls | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| **Close** | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | N/A | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Clean Vestibule | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| **Extra tasks (Mgmt or Openers)** | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Work On DMCHECKLIST | | | | | |
| Print Other Store Returns-Recover | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today: | | | | | |

FV0006365

| Sunday          Date: | 10/6 | 10/13 | 10/20 | 10/27 | |
|---|---|---|---|---|---|
| **Third Shift** | | | | | |
| Pick-up Lot/Shovel Sidewalks | | | | | |
| Check Restroom/Get Cash drawer | | | | | |
| Count Cash drawer-log opening balance | | | | | |
| Print Steal of The Day | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn on T.V's | | | | | |
| Complete Daily Inventories (see log) | CG/CC/AT | | | | |
| Do Gumball Deposit (Sat. or Sun.) | | | done/mus | | |
| Balance 1030 / Coupons /LCRs | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Labor | | | | | |
| Mis-matched PC's | | | | | |
| Call Muds/Call Nsf's | None | | | | |
| Call Unable to Connect List | | | | | |
| New Member Calls | | | | | |
| 90 Day Miss You Calls (Mgrs Only) | | | | | |
| New Member Calls | | | | | |
| Check Online Ecomm Orders | | | | None | |
| Fulfill E-Commerce Used orders | | | | None done | |
| Processing Finished? | Yes! | | done | | |
| **Second Shift** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Call / Print Late Calls | | | | | |
| Check Communications | /AT | | | | |
| Check E-mail | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | | | |
| **Get Out The Ladder For Following:** | | | | | |
| Check/Change All Bulbs Inside/Outside | | | | | |
| Dust Fans/Dust Vents | | | | | |
| Change New Release Posters | | | | | |
| Dust For Cobwebs | | | | | |
| Remove Bugs From Vestibule/Lenses | | | | | |
| Change Outside Banners | | | | | |
| Clean/Stock Candy,Pepsi,Ice Cream | | | | AT | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten Storage Room / Ad-boxes | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| **First Shift** | | | | | |
| Put Away ROD'S | | CS | aL | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors- soda/ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Gumball Machine | | | | | |
| Windex All Ledges-Inside and Out | | | | | |
| Clean Under All Counter | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| **Administration/Things To Do** | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Print All Wrong Store Returns-Recover | | | | | |
| Work on DMCHECKLIST | | | AT | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today | | | | | |

3000 call
payroll
schedule

| | CG | | eLB | | |
|---|---|---|---|---|---|

Scrape gum off tile         CG         AT         CC
R3G1
PS2 drawer                                           CS/CC

| Monday                Date: | 10/7 | 10/14 | 10/21 | 10/28 | |
|---|---|---|---|---|---|
| **MD SHIFT** | | | | | |
| SEND MONDAY MONEY | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | rain | | | |
| Check Restrooms/Get Cash Drawer | | | | | |
| Count Drawer/Log Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run  Entire Dropbox | | | | | |
| Turn On TV's | | | | | |
| DO MANAGER MONDAY FORM | | | | | |
| Complete Payroll | | | | | |
| Complete Daily inventories (see log) | | | | | |
| Sticker PC Changes | | | | | |
| Clean Backup Tape Drive | | | | | |
| Check E-mail/Print Steal of the Day | | | | | |
| Balance 1030 / Coupons /LCRs | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Labor | | | | | |
| Call M.U.D.'s/Nsf's | | | | | |
| Mis-matched PC's | | | | | |
| Make  Late Charge Reduction Calls | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls (Mgrs Only) | | | | | |
| New Member Calls | | | | | |
| Complete Surpluss Price Stickering | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | | |
| Make Space For Tuesdays R3 Movies | | | | | |
| **MID SHIFT** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | | | |
| Check E-mail | | | | | |
| Call / Print Late Calls | | | | | |
| Read Communications | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten/Fill Front Candy and Pepsi | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| **PM SHIFT** | | | | | |
| Vacuum All Carpet | | | | (S (Sweep Vac) | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Vestibule | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Put Out New Releases | | | | | |
| **Extra tasks (Monday to be done by MOD)** | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Update Timesheets | | | | | |
| Work on DMCHECKLIST | | | | | |
| Print All Wrong Store Returns-Recover | | | | | |
| Work on Next Weeks Schedule/Post | | | | | |
| Work on training scenarios | | | | | |
| Note all extra tasks completed today: | | | | | |

| Saturday                Date: | 7/3 | 7/10 | 7/17 | 7/24 | 7/31 |
|---|---|---|---|---|---|
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check All Restrooms/ Get Cash Drawer | | | | | |
| Count Drawer/ Log Opening Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn on TV's | | | | | |
| Check E-mail / Change Backup Tape | | | | | |
| Print Steal of the Day | | | | | |
| Complete Daily Inventories (see log) | | | | none | none |
| Balance 1030 / Coupons /LCR's | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Payroll | | | | | |
| Mis-matched PC's | | | | | |
| Blow out VMI Machine | | | | | |
| Call Muds/ Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Do Gumball Deposit (Sat. or Sun) | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | none | | none | none |
| Processing Finished by 4pm! | | | | | done |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Market Count/Log Returns/Refresh NR Wall | | | AT | AT | |
| Check E-mail | | | | | |
| Read Communications | | | | | |
| Call/Run Late Calls | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Clean Vestibule | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Work On DMCHECKLIST | | | | | |
| Print Other Store Returns-Recover | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |

Note all extra tasks completed today:

Ingram Pull

For Sale Table        EB, CB, AT, CC

FV0006368

| Friday          Date: | 7/2 | 7/9 | 7/16 | 7/23 | 7/30 |
|---|---|---|---|---|---|
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check All Bathrooms/ Get Cash Drawer | | | | | |
| Count Drawer/ Log Opening Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Turn on TV's | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Pull Weekend ROD | | | | | |
| Complete Daily Inventories (see log) | | | None | None | NONE |
| Post Weekend Sales Goals | | | | | |
| Check Dates for Expired Pop | | | | | |
| Empty Soda Drain Pan | | | | | |
| Check E-mail/ Change Backup Tape | | | | | |
| Count Cotton Candy & Popcorn | | | | | |
| Balance 1030 / Coupons /LCR's | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Payroll | | | | | |
| Mis-matched PC's | | | | | |
| Print Steal of The Day/To Do List | | | | | |
| Call Muds/ Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | None | None |
| Processing Finished by 4pm! | | | | One | One |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | | | |
| Make Sure You Have Weekend Change | | | | | |
| Check E-mail | | | | | |
| Read Communications | | | | | |
| Call/Print Late Calls ? | | | | | |
| Check NSF's 2,5,& 8 Days Late? | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Clean Vestibule | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Print Wrong Store Returns-Resolve | | | | | |
| Work on DMCHECKLIST | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today: | | | | | |

VPP Sendback

| Thursday                Date: | 7/1 | 7/8 | 7/15 | 7/22 | 7/29 |
|---|---|---|---|---|---|
| **First Shift** | | | | | |
| Send Thursday Money | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check All Restrooms/ Get Cash Drawer | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn On TV's | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Check E-mail / Change Backup Tape | | | | | |
| Print Steal of The Day/To Do List | | | | | |
| Balance 1030 / Coupons /LCR's | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Payroll | | | | | |
| Mis-matched PC's | | | | | |
| Call Muds/ Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Blow Out VMI Machine | | | 7/14 | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | | Done |
| Work on Processing | | | | | |
| **Second Shift** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Recall/Reface NR Wall | | | | | |
| Check E-mail | | | | | |
| Read Communications | | | | | |
| Call/Print Late Calls | | | | | |
| Organize All Drawers | | | | | |
| Complete Daily Refacing (see log) | CB/CS | | | WD | CC/CB |
| Rotate/Stock For-Sales movies | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | CB | CC/WD | CC/CB |
| Fill Missing Ad-boxes on NR Wall | | | | WD | |
| **Third Shift** | | | | | |
| Vacuum All Stage Area Throughly | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Ledges Inside and Out | | | | Raining | |
| Clean Vestibule | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| **Assistant Manager/Manager Only** | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Print Wrong Store Returns-Recover | | | | | |
| Work on DMCHECKLIST | | | | | CB/CB |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today: | | | | | |

Give test
Vacuumed adult movies
RSG Free Section
Interview
New Store pull

CB/AT
CB/AT/KB

AT

| Wednesday | Date: | 7/7 | 7/14 | 7/21 | 7/28 | | |
|---|---|---|---|---|---|---|---|
| Pick-up Parking Lot/Shovel Sidewalks | | | | | | | |
| Check Restrooms/ Get Cash Drawer | | | | | | | |
| Count Drawer/Log Opening Balance | | | | | | | |
| Pick Up Bank Slips/Get Change | | | | | | | |
| Scan and Run Entire Dropbox | | | | | | | |
| Turn on TV's | | | | | | | |
| Complete Daily Inventories (see log) | | | | | | | |
| Check E-mail / Change Backup Tape | | | | | | | |
| Print Steal of The Day/To Do List | | | | | | | |
| Balance 1030 / Coupons /LCR's | | | | | | | |
| Fill Out Missing Signature Log | | | | | | | |
| Update Daily Payroll | | | | | | | |
| Mis-matched PC's | | | | | | | |
| Call Muds/ Nsf's | | | | | | | |
| Call Unable to Connect List | | | | | | | |
| 90 Day Miss You Calls | | | | | | | |
| New Member Calls | | | | | | | |
| Check Online Ecomm Orders | | | | | | | |
| Fulfill E-Commerce Used orders | | | | | | | |
| Pre-processing Started? | | | | | | | |

| Pick-up Parking Lot/Shovel Sidewalks | | | | | | | |
| Midshift Count/Log Results/Refresh NR Wall | | | | | | | |
| Read Communications | | | | | | | |
| Check E-mail | | | | | | | |
| Call /Print Late Calls | | | | | | | |
| Complete Daily Refacing (see log) | | | | | | | |
| Straighten /Fill Front Candy & Pepsi | | | | | | | |
| Dust Green Handoff Wall | | | | | | | |
| Dust Eq bins/ Dust All Rack Signage | | | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | | | |

| Vacuum All Carpet | | | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | | | |
| Empty All Garbage | | | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | | | |
| Clean Under All Counters | | | | | | | |
| Clean Vestibule | | | | | | | |
| Clean Ledges Inside and Out | | | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | | | |

| Review and Log Online and Store Applications | | | | | | | |
| Schedule Interviews | | | | | | | |
| Print Wrong Store Returns-Recover | | | | | | | |
| Work on DMCHECKLIST | | | | | | | |
| Update Timesheets | | | | | | | |
| Work on Training Scenarios | | | | | | | |
| Note all extra tasks completed today | | | | | | | |

| Tuesday                              Date: | 7/ | 7/13 | 7/20 | 7/ 27 | |
|---|---|---|---|---|---|
| Pick-up Parking Lot/Shovel Sidewalks |  |  |  |  | |
| Check Restrooms/ Get Cash Drawers |  |  |  |  | |
| Count Drawer/ Log Opening Balance |  |  |  |  | |
| Pick Up Bank Slips/Get Change |  |  |  |  | |
| Scan and Run Entire Dropbox |  |  |  |  | |
| Turn On TV's |  |  |  |  | |
| Complete Daily Payroll |  |  |  |  | |
| Check E-mail / Change Backup Tape |  |  |  |  | |
| Print Steal of The Day/To Do List |  |  |  |  | |
| Complete Daily Inventories (see log) |  |  |  |  | |
| Balance 1030 / Coupons/LCRs |  |  |  |  | |
| Fill Out Missing Signature Log |  |  |  |  | |
| Update daily payroll |  |  |  |  | |
| Mis-matched PC's |  |  |  |  | |
| Check/Change Furnace filters |  | XXXXX |  | XXXXX | |
| Call Muds/Nsf's |  |  |  |  | |
| Call Unable to Connect List |  |  |  |  | |
| Blow out VMI Machine |  |  |  |  | |
| 90 Day Miss You Calls |  |  |  |  | |
| New Member Calls |  |  |  |  | |
| Check Online Ecomm Orders |  |  |  |  | |
| Fulfill E-Commerce Used orders |  |  | NONE |  | |
| Pre-processing started? |  |  | cases come in | NONE | |
| Pick-up Parking Lot/Shovel Sidewalks |  |  |  |  | |
| Midshift Count/Log Results/Reface NR Wall |  |  |  |  | |
| Check E-mail |  |  |  |  | |
| Read Communications |  |  |  |  | |
| Call & Print Late Calls |  |  |  |  | |
| Check NSf's 2,5, & 8 Days Late |  |  | FIXED |  | |
| Complete Daily Refacing (see log) | DJ/CS |  |  |  | |
| Straighten/Fill Front Candy & Pepsi |  |  |  |  | |
| Fill Missing Ad-boxes on NR Wall |  |  |  |  | |
| Change Sign per the board | V GUESTUday |  | Wednesday | V Yesterday | |
| Vacuum All Carpet |  |  |  |  | |
| Sweep / Mop Tile/Shake Out Mats |  |  |  |  | |
| Empty All Garbage |  |  |  |  | |
| Windex Doors-Soda/Ice cream doors |  |  |  |  | |
| Clean Bathrooms / Drinking Fountain |  |  |  |  | |
| Clean Counters / Monitors / Keyboards |  |  |  |  | |
| Clean Ledges inside and Out |  |  |  |  | |
| Clean Vestibule |  |  | CC |  | |
| Cash Out / Add Deposits/Record Over/Short |  |  |  |  | |
| Review and Log Online and Store Applications |  |  |  |  | |
| Schedule Interviews |  |  |  |  | |
| Print Wrong Store Returns-Recover |  |  |  |  | |
| Work on DMCHECKLIST |  |  |  |  | |
| Update Timesheets |  | N/A | N/A |  | |
| Post DM Approved Schedule |  |  |  |  | |
| Work on Training Scenarios |  |  |  |  | |
| Note all extra tasks completed today: |  |  |  |  | |

| Monday | Date: | 7/5 | 7/12 | 7/19 | 7/26 | |
|---|---|---|---|---|---|---|
| SEND MONDAY MONEY | | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | | |
| Check Restrooms/Get Cash Drawer | | | | | | |
| Count Drawer/Log Balance | | | | | | |
| Pick Up Bank Slips/Get Change | | | | | | |
| Scan and Run  Entire Dropbox | | | | | | |
| Turn On TV's | | | | | | |
| DO MANAGER MONDAY FORM | | | | | | |
| Complete Payroll | | | | | | |
| Complete Daily inventories (see log) | | | | | | |
| Sticker PC Changes | | | | | | |
| Clean Backup Tape Drive | | | | | | |
| Check E-mail/Print Steal of the Day | | | | | | |
| Balance 1030 / Coupons /LCRs | | | | | | |
| Fill Out Missing Signature Log | | | | | | |
| Update Daily Labor | | | | | | |
| Call M.U.D.'s/NSFs | | | | | | |
| Mis-matched PC's | | | | | | |
| Make  Late Charge Reduction Calls | | | | | | |
| Call Unable to Connect List | | | | | | |
| 90 Day Miss You Calls (Mgrs Only) | | | | | | |
| New Member Calls | | | | | | |
| Complete Surplass Price Stickering | | | | | | |
| Check Online Ecomm Orders | | | | | | |
| Fulfill E-Commerce Used orders | | | | | | |
| Make Space For Tuesdays R3 Movies | | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | | | | |
| Check E-mail | | | | | | |
| Call / Print Late Calls | | | | | | |
| Read Communications | | | | | | |
| Complete Daily Refacing (see log) | | | | | | |
| Straighten/Fill Front Candy and Pepsi | | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | | |
| Vacuum All Carpet | | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | | |
| Empty All Garbage | | | | | | |
| Windex Doors-Soda/ice cream doors | | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | | |
| Clean Under All Counters | | | | | | |
| Clean Vestibule | | | | | | |
| Clean Ledges Inside and Out | | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | | |
| Put Out New Releases | | | | | | |
| Review and Log Online and Store Applications | | | | | | |
| Schedule Interviews | | | | | | |
| Update Timesheets | | | | | | |
| Work on DMCHECKLIST | | | | | | |
| Print All Wrong Store Returns-Recover | | | | | | |
| Work on Next Weeks Schedule/Post | | | | | | |
| Work on training scenarios | | | | | | |
| Note all extra tasks completed today: | | | | | | |

*July 2010*

| Sunday                               Date: | 7/4 | 7/11 | 7/18 | 7/25 | |
|---|---|---|---|---|---|
| **OPENING** | | | | | |
| Pick-up Lot/Shovel Sidewalks | | | | | |
| Check Restroom/Get Cash drawer | | | | | |
| Count Cash drawer-log opening balance | | | | | |
| Print Steal of The Day | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn on T.V's | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Do Gumball Deposit (Sat. or Sun.) | | CLOSED | | | |
| Balance 1030 / Coupons /LCRs | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Labor | | | | | |
| Mis-matched PC's | | | | | |
| Call Muds/Call Net's | | | | | |
| Call Unable to Connect List | | | | | |
| New Member Calls | | | | | |
| 90 Day Miss You Calls (Mgrs Only) | | | | | |
| New Member Calls | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | none | |
| Processing Finished? | done | yes | done | none | |
| **MID-SHIFT** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | 0 | 0 | | |
| Bell / Print Late Calls | | | | | |
| Check Communications | | | | | |
| Check E-mail | | | | | |
| Mid-Shift Count/Log Results/Reface NR-Wall | | | | | |
| Get Out The Ladder For Following: | | | | | |
| Check/Change All Bulbs inside/outside | | | | | |
| Dust Fans/Dust Vents | | | | | |
| Change New Release Posters | | | | | |
| Dust For Cobwebs | | | | done 7/24 | |
| Remove Bugs From Vestibule Lenses | | | | | |
| Change Outside Banners | | | | | |
| Clean/Stock Candy,Pepsi,Ice Cream | | | | | |
| Complete Daily Refacing (see log) | | CC | | | |
| Straighten Storage Room / Ad-boxes | | | | | |
| Fill Missing Ad-boxes on NR Wall | | CC | | | |
| **CLOSING** | | | | | |
| Put Away ROD'S | | TM | | | |
| Vacuum All Carpet | | | around NC-18 | | |
| Sweep / Mop Tile/Shake Out Mats | | CC | | | |
| Empty All Garbage | | | | | |
| Windex Doors- soda/ice cream doors | | CC | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | CC | | | |
| Clean Gumball Machine | | | | | |
| Windex All Ledges-Inside and Out | | CC | | | |
| Clean Under All Counter | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | CC | | | |
| **ASST / MOD TASKS / MGR TASKS** | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Print All Wrong Store Returns-Recover | | | | | |
| Work on DMCHECKLIST | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today | | | | | |

Ship out movies to 225

(handwritten notes, illegible)

correction on RMCheckRst

Monthly's

set #8

| Saturday                            Date: | 8-7 | 8-14 | 8-21 | 8-28 | |
|---|---|---|---|---|---|
| **Front End** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | CC | CD | CD | CD | |
| Check All Restrooms/ Get Cash Drawer | CC | CD | CD | CD | |
| Count Drawer/ Log Opening Balance | CC | CD | CD | CD | |
| Pick Up Bank Slips/Get Change | CC | CD | CD | CD | |
| Scan and Run Entire Dropbox | CC | | CD | | |
| Turn on TV's | CC | CD | CD | CD | |
| Check E-mail / Change Backup Tape | CC | CD | CD | CD | |
| Print Steal of the Day | CC | CD | CD | CD | |
| Complete Daily Inventories (see log) | | none | none | none | |
| Balance 1030 / Coupons /LCR's | CC | CD | CD | CD | |
| Fill Out Missing Signature Log | CC | CD | CD | CD | |
| Update Daily Payroll | | CD | CD | CD | |
| Mis-matched PC's | CC | CD | CD | CD | |
| Blow out VMI Machine | CC | CD | CD | CD | |
| Call Muds/ Nsf's | | CD | | CD | |
| Call Unable to Connect List | None | CD | CD | CD | |
| 90 Day Miss You Calls | | CD | CD | CD | |
| New Member Calls | CC | CD | CD | CD | |
| Do Gumball Deposit (Sat. or Sun) | | | | | |
| Check Online Ecomm Orders | CC | CD | CD | CD | |
| Fulfill E-Commerce Used orders | CC | none | none | none | |
| Processing Finished by 4pm! | done CC | done | done | done | |
| **Mid Shift** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | JS | | JS | |
| Check E-mail | | | | | |
| Read  Communications | | | | | |
| Call/Print Late Calls | CC | CD | CD | CD | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | | | |
| Fill Missing Ad-boxes on NR Wall | CC | | CS | | |
| **Close** | | | | | |
| Vacuum All Carpet | TH | TH/JS | | Billy vacum | |
| Sweep / Mop Tile/Shake Out Mats | TH | JS | JS | JT | |
| Empty All Garbage | TH | JS | JS | JT | |
| Windex Doors-Soda/Ice cream doors | JS | JS | JS | JT | |
| Clean Bathrooms / Drinking Fountain | JS | JS | JS | JT | |
| Clean Counters / Monitors / Keyboards | JS | JS | JS | JT | |
| Clean Under All Counters | | | JS | JT | |
| Clean Ledges Inside and Out | JS | JS | JS | JT | |
| Clean Vestibule | JS | JS | JS | JT | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| **Weekend Manager Duties (Sunday)** | | | | | |
| Review and Log Online and Store Applications | | CD | CN | CD | |
| Schedule Interviews | | CD | | CD | |
| Work On DMCHECKLIST | | CD | | CD | |
| Print Other Store Returns-Recover | | | | | |
| Update Timesheets | | CD | | | |
| Work on Training Scenarios | | | | | |
| | | | | | |
| Note all extra tasks completed today: | | | | | |
| Straighten PS2 PS2 | CC | | | JS | |
| Schedule | | | | | |

| Friday | Date: | | | | |
|---|---|---|---|---|---|
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check All Bathrooms/ Get Cash Drawer | | | | | |
| Count Drawer/ Log Opening Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Turn on TV's | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Pull Weekend ROD | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Post Weekend Sales Goals | | | | | |
| Check Dates for Expired Pop | | | | | |
| Empty Soda Drain Pan | | | | | |
| Check E-mail/ Change Backup Tape | | | | | |
| Count Cotton Candy & Popcorn | | | | | |
| Balance 1030 / Coupons /LCR's | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Payroll | | | | | |
| Mis-matched PC's | | | | | |
| Print Steal of The Day/To Do List | | | | | |
| Call Muds/ Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | | |
| Processing Finished by 4pm | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | | | |
| Make Sure You Have Weekend Change | | | | | |
| Check E-mail | | | | | |
| Read Communications | | | | | |
| Call / Print Late Calls | | | | | |
| Check NSI's 2,5,& 8 Days Late | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep /Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Window Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Clean Vestibule | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Print Wrong Store Returns-Resolve | | | | | |
| Work on DMCHECKLIST | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today: | | | | | |

| Thursday | Date: | 8/5 | 8/12 | 8/19 | 8/26 | |
|---|---|---|---|---|---|---|
| **Discount** | | | | | | |
| Send Thursday Money | | CC | CC | H | CC | |
| Pick-up Parking Lot/Shovel Sidewalks | | CC | CC | H | CC | |
| Check All Restrooms/ Get Cash Drawer | | CC | CC | | CC | |
| Pick Up Bank Slips/Get Change | | CC | | | | |
| Scan and Run Entire Dropbox | | CC | CC | H | | |
| Turn On TV's | | CC | CC | | CC | |
| Complete Daily Inventories (see log) | | CC | | | | |
| Check E-mail / Change Backup Tape | | CC | CC | H | CC | |
| Print Steal Of The Day/To Do List | | CC | CC | H | CC | |
| Balance 1030 / Coupons /LCR's | | CC | CC | H | CC | |
| Fill Out Missing Signature Log | | CC | CC | H | | |
| Update Daily Payroll | | | | H | | |
| Mis-matched PC's | | CC | CC | H | CC | |
| Call Muds/ Nsf's | | CC | CC | | | |
| Call Unable to Connect List | | CC | CC | LB | | |
| 90 Day Miss You Calls | | CC | CC | LB | | |
| New Member Calls | | CC | CC | LB | CC | |
| Blow Out VMI Machine | | CC | CC | LB | CC | |
| Check Online Ecomm Orders | | CC | CC | LB | | |
| Fulfill E-Commerce Used orders | | None | None | LB | None | |
| Work on Processing | | done CC | done CC | | done CC | |
| **Second** | | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | LB | LB | LB | SA | |
| Midshift Count/Log Results/Reface NR Wall | | LB | LB | LB | SA | |
| Check E-mail | | LB | LB | LB | SA | |
| Read Communications | | LB | LB | LB | SA | |
| Call / Print Late Calls | | CC | | | CC | |
| Organize All Drawers | | | | | | |
| Complete Daily Refacing (see log) | | | LB CC | KK | | |
| Rotate/Stock For-Sales movies | | | | | | |
| Straighten/Fill Front Candy & Pepsi | | CC | LB | LB | | |
| Fill Missing Ad-boxes on NR Wall | | | LB | LB | LB | |
| **Third** | | | | | | |
| Vacuum All Stage Area Throughly | | | LB | | | |
| Vacuum All Carpet | | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | LB LB | | KK | SA | |
| Empty All Garbage | | LB LB | | | SA | |
| Windex Doors-Soda/Ice cream doors | | LB LB | | | SA | |
| Clean Bathrooms / Drinking Fountain | | LB LB | LB | | SA | |
| Clean Counters / Monitors / Keyboards | | LB | LB | KK | H | |
| Clean Under All Counters | | LB | LB | | | |
| Clean Ledges Inside and Out | | | LB | | | |
| Clean Vestibule | | | LB | | | |
| Cash Out / Add Deposits/Record Over/Short | | LB | | | | |
| **Store Management Procedures** | | | | | | |
| Review and Log Online and Store Applications | | | | | | |
| Schedule Interviews | | | | | | |
| Print Wrong Store Returns-Recover | | | | | | |
| Work on DMCHECKLIST | | | | | | |
| Update Timesheets | | | | | | |
| Work on Training Scenarios | | | | | | |
| Note all extra tasks completed today: | | | | | | |

Notes (handwritten):
ATTEDICS  LB  SA  labeled drawers

| Wednesday                    Date: | 8/4 | 8/11 | 8/18 | 8/25 | |
|---|---|---|---|---|---|
| **First Shift** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check Restrooms/ Get Cash Drawer | | | | | |
| Count Drawer/Log Opening Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn on TV's | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Check E-mail / Change Backup Tape | | | | | |
| Print Steal of The Day/To Do List | | | | | |
| Balance 1030 / Coupons /LCR's | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Payroll | | | | | |
| Mis-matched PC's | | | | | |
| Call Muds/ Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | | |
| Pre-processing Started? | | | | | |
| **Second Shift** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | | | |
| Read Communications | | | | | |
| Check E-mail | | | | | |
| Call / Print Late Calls | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten /Fill Front Candy & Pepsi | | | | | |
| Dust Green Handoff Wall | | | | | |
| Dust Eq bins/ Dust All Rack Signage | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| **Third Shift** | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Vestibule | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| **Third Shift (Manager Responsibility)** | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Print Wrong Store Returns-Recover | | | | | |
| Work on DMCHECKLIST | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today | | | | | |

| Tuesday Date: | 8/3 | 8/10 | 8/17 | 8/24 | 8/31 |
|---|---|---|---|---|---|
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check Restrooms/ Get Cash Drawers | | | | | |
| Count Drawer/ Log Opening Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn On TV's | | | | | |
| Complete Daily Payroll | | | | | |
| Check E-mail / Change Backup Tape | | | | | |
| Print Steal of The Day/To Do List | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Balance 1080 / Coupons/LCRs | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update daily payroll | | | | | |
| Mis-matched PC's | | | | | |
| Check/Change Furnace filters | | xxxxx | | xxxxx | |
| Call Muds/Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| Blow out VMI Machine | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | none | none |
| Pre-processing started? | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | | CC | |
| Check E-mail | | | | CC | |
| Read Communications | | | | | |
| Call / Print Late Calls | | | | | |
| Check NSI's 2,5, & 8 Days Late | | | | | |
| Complete Daily Refacing (see log) | | | | | CC |
| Straighten/Fill Front Candy & Pepsi | | no top | | | CC |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| Change Sign per the board | was yesterday | | N/A | n/a yesterday | n/a |
| Vacuum All Carpet | | | | CC | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Clean Vestibule | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Review and Log Online and Store Applications | | | | | none |
| Schedule Interviews | | | | | |
| Print Wrong Store Returns-Recover | | | | | |
| Work on DMCHECKLIST | | | | | |
| Update Timesheets | | | | | |
| Post DM Approved Schedule | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today: | | | | | |

FV0006379

| Monday                     Date: | 8/2 | 8/9 | 8/16 | 8/23 | 8/30 |
|---|---|---|---|---|---|
| SEND MONDAY MONEY | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check Restrooms/Get Cash Drawer | | | | | |
| Count Drawer/Log Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run  Entire Dropbox | | | | | |
| Turn On TV's | | | | | |
| DO MANAGER MONDAY FORM | | | | | |
| Complete Payroll | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Sticker PC Changes | | | | | |
| Clean Backup Tape Drive | | | | | |
| Check E-mail/Print Steal of the Day | | | | | |
| Balance 1030 / Coupons /LCRs | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Labor | | | | | |
| Call M.U.D.'s/Nsf's | | | | | |
| Mis-matched PC's | | | | | |
| Make  Late Charge Reduction Calls | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls (Mgrs Only) | | | | | |
| New Member Calls | | | | | |
| Complete Surplus Price Stickering | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | | |
| Make Space For Tuesdays R3 Movies | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | | | |
| Check E-mail | | | | | |
| Call / Print Late Calls | | | | | |
| Read Communications | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten/Fill Front Candy and Pepsi | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Vestibule | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Put Out New Releases | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Update Timesheets | | | | | |
| Work on DMCHECKLIST | | | | | |
| Print All Wrong Store Returns-Recover | | | | | |
| Work on Next Weeks Schedule/Post | | | | | |
| Work on training scenarios | | | | | |
| Note all extra tasks completed today: | | | | | |

AUGUST

| Sunday          Date: | 8/1 | 8/8 | 8/15 | 8/22 | 8/29 |
|---|---|---|---|---|---|
| Pick-up Lot/Shovel Sidewalks | | Rain | | | |
| Check Restroom/Get Cash drawer | | | | | |
| Count Cash drawer-log opening balance | | | | | |
| Print Steal of The Day | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn on T.V's | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Do Gumball Deposit (Sat. or Sun.) | | | | | |
| Balance 1030 / Coupons /LCRs | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Labor | | | | | |
| Mis-matched PC's | | | | | |
| Call Muds/Call Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| New Member Calls | | | | | |
| 90 Day Miss You Calls (Mgrs Only) | | | | | |
| New Member Calls | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | none | none | none | none | |
| Processing Finished? | | done | done | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Call / Print Late Calls | | | | | |
| Check Communications | | | | | |
| Check E-mail | | | | | |
| Midshift Count/Log Results/Reface NR Wall | | | AT | | |
| Get Out The Ladder For Following: | | | | | |
| Check/Change All Bulbs Inside/Outside | | | | | |
| Dust Fans/Dust Vents | | | | | |
| Change New Release Posters | | | | | |
| Dust For Cobwebs | | | | | |
| Remove Bugs From Vestibule Lenses | | | | | |
| Change Outside Banners | | | | | |
| Clean/Stock Candy,Pepsi,Ice Cream | | N/A | | | |
| Complete Daily Refacing (see log) | | 8.0/CB | | | |
| Straighten Storage Room / Ad-boxes | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| Put Away ROD'S | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors- soda/ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Gumball Machine | | | | | |
| Windex All Ledges-Inside and Out | | | | | |
| Clean-Under All Counter | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Review and Log Online and Store Applications | | | | | none |
| Schedule Interviews | | | | | |
| Print All Wrong Store Returns-Recover | | | | | none |
| Work on DMCHECKLIST | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today | | | | | |
| 2 for $1 section scrubbed | | coffee | | | |

| Saturday                          Date: | 9/11 | 9/18 | 9/25 | 9/28 10/02 | |
|---|---|---|---|---|---|
| Pick-up Parking Lot/Shovel Sidewalks | | raining | Raining | | |
| Check All Restrooms/ Get Cash Drawer | | | | | |
| Count Drawer/ Log Opening Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn on TV's | | | | | |
| Check E-mail / Change Backup Tape | | | | | |
| Print Steal of the Day | | | | | |
| Complete Daily Inventories (see log) | | none | serve | | |
| Balance 1030 / Coupons /LCR's | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Payroll | | | | | |
| Mis-matched PC's | | | | | |
| Blow out VMI Machine | | | 9/17 | | |
| Call Muds/ Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Do Gumball Deposit (Sat. or Sun) | | | | | |
| Check Online Ecomm Orders | | | | none | |
| Fulfill E-Commerce Used orders | | none | serve | | |
| Processing Finished by 4pm! | done/cc | done/cc | done | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| | | | | | |
| Check E-mail | | | | | |
| Read Communications | | | | | |
| | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Clean Vestibule | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Work On DMGHECKLIST | | | | | |
| Print Other Store Returns-Recover | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Condensed TV series

| Friday | Date: | 9/3 | 9/10 | 9/17 | 9/24 |
|---|---|---|---|---|---|
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check All Bathrooms/ Get Cash Drawer | | | | | |
| Count Drawer/ Log Opening Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Turn on TV's | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Pull Weekend ROD | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Post Weekend Sales Goals | | | | | |
| Check Dates for Expired Pop | | | | | |
| Empty Soda Drain Pan | | | | | |
| Check E-mail/ Change Backup Tape | | | | | |
| Count Cotton Candy & Popcorn | | | | | |
| Balance 1030 / Coupons /LCR's | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Payroll | | | | | |
| Mis-matched PC's | | | | | |
| Print Steal of The Day/To Do List | | | | | |
| Call Muds/ Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | | |
| Processing Finished by 4pm! | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Register Balance | | | | | |
| Make Sure You Have Weekend Change | | | | | |
| Check E-mail | | | | | |
| Read Communications | | | | | |
| Call / Print Late Calls | | | | | |
| Check NSF's 2,5,30 Day | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Clean Vestibule | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Print Wrong Store Returns-Resolve | | | | | |
| Work on DMCHECKLIST | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today: | | | | | |

| Thursday                               Date: | 9/2 | 9/9 | 9/16 | 9/23 | 9/30 |
|---|---|---|---|---|---|
| Send Thursday Money | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | raining | | |
| Check All Restrooms/ Get Cash Drawer | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn On TV's | | | | | |
| Complete Daily Inventories (see log) | | | done | | |
| Check E-mail / Change Backup Tape | | | | | |
| Print Steal of The Day/To Do List | | | | | |
| Balance 1030 / Coupons /LCR's | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Payroll | | | | | |
| Mis-matched PC's | | | | | |
| Call Muds/ Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Blow Out VMI Machine | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | done | done | | | |
| Work on Processing | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Internet Scenario/Complete Retraining Wall | | | | | |
| Check E-mail | | | | | |
| Read Communications | | | | | |
| Call Client Care Calls | | | | | |
| Organize All Drawers | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Rotate/Stock For-Sales movies | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| Vacuum All Stage Area Throughly | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Ledges Inside and Out | raining | | | | |
| Clean Vestibule | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Print Wrong Store Returns-Recover | | | | | |
| Work on DMCHECKLIST | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today: | | | | | |

FV0006384

| Wednesday          Date: | 9/1 | 9/8 | 9/15 | 9/22 | 9/29 |
|---|---|---|---|---|---|
| **Pick Up** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check Restrooms/ Get Cash Drawer | | | | | |
| Count Drawer/Log Opening Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn on TV's | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Check E-mail / Change Backup Tape | | | | | |
| Print Steal of The Day/To Do List | | | | | |
| Balance 1030 / Coupons /LCR's | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Payroll | | | | | |
| Mis-matched PC's | | | | | |
| Call Muds/ Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls | | | | | |
| New Member Calls | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | | |
| Pre-processing Started? | | | | | |
| **Second Shift** | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Read Communications | | | | | |
| Check E-mail | | | | | |
| Call / Print Late Calls | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten /Fill Front Candy & Pepsi | | | | | |
| Dust Green Handoff Wall | | | | | |
| Dust Eq bins/ Dust All Rack Signage | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| **Closing** | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Vestibule | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| **Weekly Tasks/Monthly Tasks** | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Print Wrong Store Returns-Recover | | | | | |
| Work on DMCHECKLIST | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today | | | | | |

received candy
processed adults
moved movies into Halloween PC/section

| Tuesday | Date: | 9/7 | 9/14 | 9/21 | 9/28 | |
|---|---|---|---|---|---|---|
| Pick-up Parking Lot/Shovel Sidewalks | | | | | | |
| Check Restrooms/ Get Cash Drawers | | | | | | |
| Count Drawer/ Log Opening Balance | | | | | | |
| Pick Up Bank Slips/Get Change | | | | | | |
| Scan and Run Entire Dropbox | | | | | | |
| Turn On TV's | | | | | | |
| Complete Daily Payroll | | | | | | |
| Check E-mail / Change Backup Tape | | | | | | |
| Print Steal of The Day/To Do List | | | | | | |
| Complete Daily Inventories (see log) | | | | | | |
| Balance 1030 / Coupons/LCRs | | | | | | |
| Fill Out Missing Signature Log | | | | | | |
| Update daily payroll | | | | | | |
| Mis-matched PC's | | | | | | |
| Check/Change Furnace filters | | XXXXX | xxxx | XXXXX | | |
| Call Muds/Nsf's | | | | | | |
| Call Unable to Connect List | | | | | | |
| Blow out VMI Machine | | | | | | |
| 90 Day Miss You Calls | | | | | | |
| New Member Calls | | | | | | |
| Check Online Ecomm Orders | | | | | | |
| Fulfill E-Commerce Used orders | | | | | | |
| Pre-processing started? | | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | raining | | |
| Midshift Count/Log Register | | | | | | |
| Check E-mail | | | | | | |
| Read Communications | | | | | | |
| Call / Print Late Dailies | | | | | | |
| Check NSFs 2nd and daily Late | | | | | | |
| Complete Daily Refacing (see log) | | | | | | |
| Straighten/Fill Front Candy & Pepsi | | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | N/A | | |
| Change Sign per the board | | | | | | |
| Vacuum All Carpet | | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | | |
| Empty All Garbage | | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | | |
| Clean Ledges Inside and Out | | | | | | |
| Clean Vestibule | | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | | |
| Review and Log Online and Store Applications | | | | | | |
| Schedule Interviews | | | | | | |
| Print Wrong Store Returns-Recover | | | | | | |
| Work on DMCHECKLIST | | | | | | |
| Update Timesheets | | | | | | |
| Post DM Approved Schedule | | | | | | |
| Work on Training Scenarios | | | | | | |
| Note all extra tasks completed today: | | | | | | |

| Monday          Date: | 9/6 | 9/13 | 9/20 | 9/27 | |
|---|---|---|---|---|---|
| SEND MONDAY MONEY | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Check Restrooms/Get Cash Drawer | | | | | |
| Count Drawer/Log Balance | | | | | |
| Pick Up Bank Slips/Get Change | | | | | |
| Scan and Run  Entire Dropbox | | | | | |
| Turn On TV's | | | | | |
| DO MANAGER MONDAY FORM. | | | | | |
| Complete Payroll | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Sticker PC Changes | | | | | |
| Clean Backup Tape Drive | | | | | |
| Check E-mail/Print Steal of the Day | | | | | |
| Balance 1030 / Coupons /LCRs | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Labor | | | | | |
| Call M.U.D.'s/Nsf's | | | | | |
| Mis-matched PC's | | | | | |
| Make Late Charge Reduction Calls | | | | | |
| Call Unable to Connect List | | | | | |
| 90 Day Miss You Calls (Mgrs Only) | | | | | |
| New Member Calls | | | | | |
| Complete Surplass Price Stickering | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | | |
| Make Space For Tuesdays R3 Movies | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Midshift Count/Log Register Change Over/Wall | | | | | |
| Check E-mail | | | | | |
| Call / Print Late Calls | | | | | |
| Read Communications | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten/Fill Front Candy and Pepsi | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors-Soda/Ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Under All Counters | | | | | |
| Clean Vestibule | | | | | |
| Clean Ledges Inside and Out | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Put Out New Releases | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Update Timesheets | | | | | |
| Work on DMO Projects | | | | | |
| Print All Wrong Store Returns-Recover | | | | | |
| Work on Next Weeks Schedule/Post | | | | | |
| Work on training scenarios | | | | | |
| Note all extra tasks completed today | | | | | |



| Sunday                                    Date: | 9/5 | 9/12 | 9/19 | 9/26 | |
|---|---|---|---|---|---|
| Pick-up Lot/Shovel Sidewalks | | | | | |
| Check Restroom/Get  Cash drawer | | | | | |
| Count Cash drawer-log opening balance | | | | | |
| Print Steal of The Day | | | | | |
| Scan and Run Entire Dropbox | | | | | |
| Turn on T.V's | | | | | |
| Complete Daily Inventories (see log) | | | | | |
| Do Gumball Deposit (Sat. or Sun.) | | | | | |
| Balance 1030 / Coupons /LCRs | | | | | |
| Fill Out Missing Signature Log | | | | | |
| Update Daily Labor | | | | | |
| Mis-matched PC's | | | | | |
| Call Muds/Call Nsf's | | | | | |
| Call Unable to Connect List | | | | | |
| New Member Calls | | | | | |
| 90 Day Miss You Calls (Mgrs Only) | | | | | |
| New Member Calls | | | | | |
| Check Online Ecomm Orders | | | | | |
| Fulfill E-Commerce Used orders | | | | | |
| Processing Finished? | | | | | |
| Pick-up Parking Lot/Shovel Sidewalks | | | | | |
| Call / Print Late Calls | | | | | |
| Check Communications | | | | | |
| Check E-mail | | | | | |
| Midshift Count/Log Results/Straighten Vestibule | | | | | |
| Get Out The Ladder For Following: | | | | | |
| Check/Change All Bulbs Inside/Outside | | | | | |
| Dust Fans/Dust Vents | | | | | |
| Change New Release Posters | | | | | |
| Dust For Cobwebs | | | | | |
| Remove Bugs From Vestibule Lenses | | | | | |
| Change Outside Banners | | | | | |
| Clean/Stock Candy,Pepsi,Ice Cream | | | | | |
| Complete Daily Refacing (see log) | | | | | |
| Straighten Storage Room / Ad-boxes | | | | | |
| Fill Missing Ad-boxes on NR Wall | | | | | |
| Put Away ROD'S | | | | | |
| Vacuum All Carpet | | | | | |
| Sweep / Mop Tile/Shake Out Mats | | | | | |
| Empty All Garbage | | | | | |
| Windex Doors- soda/ice cream doors | | | | | |
| Clean Bathrooms / Drinking Fountain | | | | | |
| Clean Counters / Monitors / Keyboards | | | | | |
| Clean Gumball Machine | | | | | |
| Windex All Ledges-Inside and Out | | | | | |
| Clean Under All Counter | | | | | |
| Cash Out / Add Deposits/Record Over/Short | | | | | |
| Review and Log Online and Store Applications | | | | | |
| Schedule Interviews | | | | | |
| Print All Wrong Store Returns-Recover | | | | | |
| Work on DMCHECKLIST | | | | | |
| Update Timesheets | | | | | |
| Work on Training Scenarios | | | | | |
| Note all extra tasks completed today | | | | | |